**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: RECALLED ABBOTT INFANT FORMULA PRODUCTS LIABILITY LITIGATION** ) ) ) ) | Case No. 22 C 4148 MDL 3037 |
| ) | |
| **This Document Relates to the Cases Identified in Appendices A&B** ) ) ) ) | Hon. Judge Matthew F. Kennelly |

**CASE MANAGEMENT ORDER NO. 12
(ORDER REGARDING DISMISSAL OF
CERTAIN PERSONAL INJURY CLAIMS)**

In consideration of the parties' stipulation of dismissal of certain personal injury claims, ECF 143, as a result of the Court's May 22, 2023 Case Management Order No. 10 (the Memorandum Opinion and Order on Motions to Dismiss Personal Injury Complaints), ECF 138, and associated briefing, IT IS SO ORDERED that the claims identified in Appendix A and Appendix B are DISMISSED in the following cases:

| | *Case Name* | **N.D. Ill Docket** |
|---|---|---|
| 1 | *Abbott v. Abbott Laboratories, Inc.* | 1:22-cv-04343 |
| 2 | *Broussard v. Abbott Laboratories, Inc.* | 1:23-cv-00737 |
| 3 | *Contreras v. Abbott Laboratories, Inc.* | 1:22-cv-04340 |
| 4 | *Coselli v. Abbott Laboratories, Inc. D/B/A Abbott Nutrition* | 1:23-cv-02019 |
| 5 | *Davis v. Abbott Laboratories, Inc.* | 1:22-cv-05558 |
| 6 | *Delgado v. Abbott Laboratories, Inc.,* | 1:23-cv-01360 |
| 7 | *Ephraim v. Abbott Laboratories, Inc.* | 1:22-cv-04159 |
| 8 | *Hernandez v. Abbott Laboratories, Inc.* | 1:22-cv-04423 |
| 9 | *Holdridge v. Abbott Laboratories, Inc.* | 1:22-cv-05088 |
| 10 | *Joy v. Abbott Laboratories, Inc.* | 1:22-cv-04347 |
| 11 | *Laciste v. Abbott Laboratories, Inc.* | 1:22-cv-04344 |
| 12 | *Mendoza v. Abbott Laboratories, Inc.* | 1:22-cv-04419 |
| 13 | *Ornelas v. Abbott Laboratories, Inc.* | 1:22-cv-04421 |
| 14 | *Ramirez v. Abbott Laboratories Inc. D/B/A Abbott Nutrition* | 1:23-cv-02016 |
| 15 | *Rossick v. Abbott Laboratories, Inc. D/B/A Abbott Nutrition, et al.* | 1:23-cv-03401 |
| 16 | *Salinas v. Abbott Laboratories, Inc.* | 1:22-cv-04420 |

|    | *Case Name* | **N.D. Ill Docket** |
|----|-------------|---------------------|
| 17 | *San Miguel v. Abbott Laboratories, Inc. D/B/A Abbott Nutrition and Abbott Laboratories, Inc.* | 1:23-cv-02515 |
| 18 | *Stanwood v. Abbott Laboratories, Inc. D/B/A Abbott Nutrition* | 1:23-cv-00844 |
| 19 | *Stephens v. Abbott Laboratories, Inc.* | 1:22-cv-04163 |
| 20 | *Swepston v. Abbott Laboratories, Inc. D/B/A Abbott Nutrition* | 1:22-cv-03801 |
| 21 | *Vincken v. Abbott Laboratories, Inc. D/B/A Abbott Nutrition* | 1:22-cv-05590 |
| 22 | *Williamson v. Abbott Laboratories, Inc.* | 1:22-cv-05556 |

No party shall seek or be entitled to fees or costs associated with these dismissals.

This 12th day of July, 2023.

_____
The Honorable Matthew F. Kennelly
U.S. District Court Judge

**APPENDIX A**

The following Plaintiffs consented to the dismissal of the following claims pursuant to the Appendix to Plaintiffs' Memorandum of Law in Opposition to Abbott's Omnibus Motion to Dismiss Plaintiffs' Personal Injury Complaints, ECF 87-1:

| Plaintiff(s) | Action | Claims to Dismiss |
|---|---|---|
| Tyler Abbott | *Abbott v. Abbott Laboratories, Inc.*<br><br>(originally M.D. Fla. No. 5:22-cv-00198)<br><br>(transferred as N.D. Ill. No. 1:22-cv-04343) | Sixth Cause of Action: Unjust Enrichment<br><br>Request for Declaratory/Injunctive Relief (Prayer for Relief E) |
| Regina Contreras | *Contreras v. Abbott Laboratories, Inc.*<br><br>(originally D. Az. No. 2:22-cv-00739)<br><br>(transferred as N.D. Ill. No. 1:22-cv-04340) | Count II: Strict Liability – Design and Manufacturing Defect, as to claim for Design Defect |
| Heather Davis | *Davis v. Abbott Laboratories, Inc.*<br><br>(No. 1:22-cv-05558) | Count IV: Unjust Enrichment<br><br>Count VII : Strict Liability - Design Defect<br><br>Count IX: Negligent Design Defect<br><br>Request for Declaratory/Injunctive Relief (¶ 124) |

| Plaintiff(s) | Action | Claims to Dismiss |
|---|---|---|
| Israel Ephraim<br>Zelda Berger | *Ephraim v. Abbott Laboratories, Inc.*<br><br>(originally S.D. Fla. No. 1:22-cv-20516)<br><br>(transferred as N.D. Ill. No. 1:22-cv-04159) | First Cause of Action: Negligence, as to claim for Design Defect<br><br>Second Cause of Action: Strict Product Liability, as to claim for Design Defect<br><br>Sixth Cause of Action: Unjust Enrichment<br><br>Request for Declaratory/Injunctive Relief (Prayer for Relief E)<br><br>*To the extent the Complaint includes Design Defect Claim encompassed within other claims, Plaintiff agrees the design defect claim is dismissed.  Plaintiff is not dismissing the claims in their entirety. |
| Jane Hernandez | *Hernandez v. Abbott Laboratories, Inc.*<br><br>(originally W.D. Tex. No. 5:22-cv-00633)<br><br>(transferred as N.D. Ill. No. 1:22-cv-04423) | (B) Strict Liability – Design and Manufacturing Defect, as to claim for Design Defect |
| William Holdridge<br>Amanda Watkins | *Holdridge v. Abbott Laboratories, Inc.*<br><br>(originally W.D. Ark. No. 5:22-cv-05174)<br><br>(transferred as N.D. Ill. No. 1:22-cv-05088) | Count II: Strict Liability – Design and Manufacturing Defect, as to claim for Design Defect<br><br>Count V: Negligent Misrepresentation |

| Plaintiff(s) | Action | Claims to Dismiss |
|---|---|---|
| Nicole Joy | *Joy v. Abbott Laboratories, Inc.*<br><br>(originally S.D. Fla. No. 9:22-cv-80606)<br><br>(transferred as N.D. Ill. No. 1:22-cv-04347) | First Cause of Action: Negligence, as to claim for Design Defect<br><br>Second Cause of Action: Strict Product Liability, as to claim for Design Defect<br><br>Sixth Cause of Action: Unjust Enrichment<br><br>Request for Declaratory/Injunctive Relief (Prayer for Relief E)<br><br>*To the extent the Complaint includes Design Defect Claim encompassed within other claims, Plaintiff agrees the design defect claim is dismissed. Plaintiff is not dismissing the claims in their entirety. |

| Plaintiff(s) | Action | Claims to Dismiss |
|---|---|---|
| Abigail Laciste<br>Daniel Laciste | *Laciste v. Abbott Laboratories, Inc.*<br><br>(originally M.D. Fla. No. 6:22-cv-00756)<br><br>(transferred as N.D. Ill. No. 1:22-cv-04344) | First Cause of Action: Negligence, as to claim for Design Defect<br><br>Second Cause of Action: Strict Product Liability, as to claim for Design Defect<br>Sixth Cause of Action: Unjust Enrichment<br><br>Request for Declaratory/Injunctive Relief (Prayer for Relief E)<br><br><br>*To the extent the Complaint includes Design Defect Claim encompassed within other claims, Plaintiff agrees the design defect claim is dismissed.  Plaintiff is not dismissing the claims in their entirety. |
| Magdalena "Maggie" Mendoza | *Mendoza v. Abbott Laboratories, Inc.*<br><br>(originally S.D. Tex. No. 4:22-cv-02089)<br><br>(transferred as N.D. Ill. No.   1:22-cv-04419) | (B) Strict Liability – Design and Manufacturing Defect, as to claim for Design Defect |
| Clarissa Ornelas<br>Anthony Bermudez | *Ornelas v. Abbott Laboratories, Inc.*<br><br>(originally S.D. Tex. No. 7:22-cv-00203)<br><br>(transferred as N.D. Ill. No. 1:22-cv-04421) | (B) Strict Liability – Design and Manufacturing Defect, as to claim for Design Defect |

| Plaintiff(s) | Action | Claims to Dismiss |
|---|---|---|
| Cynthia Salinas | *Salinas v. Abbott Laboratories, Inc.* <br><br> (originally S.D. Tex. No. 7:22-cv-00190) <br><br> (transferred as N.D. Ill. No. 1:22-cv-04420) | (B) Strict Liability – Design and Manufacturing Defect, as to claim for Design Defect |
| Trevor Stephens | *Stephens v. Abbott Laboratories, Inc.* <br><br> (originally N.D. Tex. No. 3:22-cv-00618) <br><br> (transferred as N.D. Ill. No. 1:22-cv-04163) | Count II: Strict Liability – Design and Manufacturing Defect, as to claim for Design Defect |
| Jennifer Swepston | *Swepston v. Abbott Laboratories, Inc. D/B/A Abbott Nutrition* <br><br> (No. 1:22-cv-03801) | First Cause of Action: Negligent Misrepresentation/ Omission <br><br> Fourth Cause of Action: Strict Product Liability - Failure to Warn <br><br> Fifth Cause of Action: Strict Product Liability - Manufacturing Defect |
| Tara Vincken <br> Josh Vincken | *Vincken v. Abbott Laboratories, Inc. D/B/A Abbott Nutrition* <br><br> (No. 1:22-cv-05590) | Count I: Negligent Misrepresentation/ Omission |
| Jessica Williamson | *Williamson v. Abbott Laboratories, Inc.* <br><br> (No. 1:22-cv-05556) | Count VII: Strict Liability - Design Defect <br><br> Count IX: Negligent Design Defect |

## APPENDIX B

The parties have conferred following the Court's May 22, 2023 Case Management Order No. 10 (Memorandum Opinion and Order on Motions to Dismiss Personal Injury Complaints), ECF 138, and now agree that the following claims in cases filed and/or transferred to MDL No. 3037 after December 13, 2022 (and therefore not subject to Abbott's Omnibus Motion to Dismiss Personal Injury Complaints, ECF 63 & 63-1) should have certain claims dismissed based on the application of Case Management Order No. 10 and/or claims that Plaintiffs conceded in their Appendix to Plaintiffs' Memorandum of Law in Opposition to Abbott's Omnibus Motion to Dismiss Plaintiffs' Personal Injury Complaints, ECF 87-1:

| Plaintiff(s) | Action | Claims to Dismiss |
|---|---|---|
| Madelyn Broussard<br>Tyler Broussard | *Broussard v. Abbott Laboratories, Inc.*<br><br>(originally W.D. La. No. 6:23-cv-00102)<br>(transferred as N.D. Ill. No. 1:23-cv-00737) | Request for Equitable Relief (¶ 98) |
| Natalie Coselli<br>Tyler Rowland | *Coselli v. Abbott Laboratories, Inc. D/B/A Abbott Nutrition*<br><br>(No. 1:23-cv-02019) | Eleventh Cause of Action: Fraudulent Concealment<br><br>Thirteenth Cause of Action: Unjust Enrichment |
| Harry Delgado | *Delgado v. Abbott Laboratories, Inc.*,<br><br>(originally N.D. Tex. No. 1:23-cv-01360)<br>(transferred as N.D. Ill. No. 1:23-cv-01360) | Count II: Strict Liability – Design and Manufacturing Defect, as to claim for Design Defect<br><br>Count IX: Fraudulent Concealment<br><br>Count XI: Unjust Enrichment |
| Randa Ramirez<br>Paydon Ramirez | *Ramirez v. Abbott Laboratories Inc. D/B/A Abbott Nutrition*<br><br>(No. 1:23-cv-02016) | Eleventh Cause of Action: Fraudulent Concealment<br><br>Thirteenth Cause of Action: Unjust Enrichment |

| Plaintiff(s) | Action | Claims to Dismiss |
|---|---|---|
| Deborah M. Rossick<br>Jacob M. Goding | *Rossick v. Abbott Laboratories, Inc. D/B/A Abbott Nutrition, et al.*<br><br>(No. 1:23-cv-03401) | Count XX: Violation of Florida's Deceptive And Unfair Trade Practices Act Fla. Stat. §§ 501.201-213 Against Abbott Laboratories, as to the request for Injunctive Relief (¶ 234) [1] |
| Riley San Miguel<br>Noah San Miguel | *San Miguel v. Abbott Laboratories, Inc. D/B/A Abbott Nutrition and Abbott Laboratories, Inc.*<br><br>(No. 1:23-cv-02515) | (I) Fraudulent Concealment [2]<br><br>*Plaintiff reserves the right to raise as a defense at trial |
| Britani Stanwood<br>Reginal Wright | *Stanwood v. Abbott Laboratories, Inc. D/B/A Abbott Nutrition*<br><br>(No. 1:23-cv-00844) | Eleventh Cause of Action: Fraudulent Concealment<br><br>Thirteenth Cause of Action: Unjust Enrichment |

---

[1]    Plaintiffs have indicated that they intend to amend their Complaint.  Abbott reserves the right to re-raise this issue should the amended complaint reassert this claim.

[2]    Plaintiffs have indicated that they intend to amend their Complaint.  Abbott reserves the right to re-raise this issue should the amended complaint reassert this claim.