**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: RECALLED ABBOTT INFANT FORMULA PRODUCTS LIABILITY LITIGATION** | ) ) ) ) | **Case No. 22 C 4148** **MDL 3037** |
| | ) | **Hon. Judge Matthew F. Kennelly** |
| **This Document Relates to All Cases** | ) | |

**CASE MANAGEMENT ORDER NO. 14**
**(Appointing Settlement Special Master)**

The Court hereby **APPOINTS** Randi Ellis as settlement special master.  The parties are ordered to meet and confer with each other to discuss settlement, in good faith, and to meet with the settlement special master at regular intervals as determined by the parties and in consultation with the settlement special master.  At her discretion, the settlement special master may report to the Court concerning potential progress toward settlement.

The settlement special master shall have the power and authority to engage in *ex parte* communications with all parties, counsel, and the Court.  Any party that desires to share any information with the settlement special master on a confidential basis shall advise the settlement special master of that desire before the information is shared.

Plaintiffs shall collectively pay 50% of the settlement special master's fees and costs (in a manner to be determined by Co-Lead Counsel and the Plaintiffs' Steering Committee), and Abbott shall pay 50% of the settlement special master's fees and costs.  The parties shall pay the invoices promptly when received.

Upon entry of this Order, the parties shall provide the settlement special master with a copy of Case Management Order No. 4 (Stipulated Protective Order).  The settlement special master shall be deemed to be authorized to receive Confidential Material pursuant to Paragraph 11(a) and/or (b) of that Order.

1

Dated:   10/16/2023

Hon. Matthew F. Kennelly
U.S. District Court for the Northern District of
Illinois.