**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE: RECALLED ABBOTT INFANT FORMULA PRODUCTS LIABILITY LITIGATION** | Case No. 22 C 4148<br>MDL No. 3037 |
| **This Document Relates To:**<br>**All Cases** | Hon. Judge Matthew F. Kennelly |

**CASE MANAGEMENT ORDER NO. 15**
**(Initial Bellwether Discovery Cases)**

1.      Pursuant to the Court's August 13, 2023 Case Management Order No. 13, ECF 174 at ¶ II(5) ("CMO #13"), the Court understands that the parties have selected Initial Bellwether Discovery Cases.  Because the parties' selections overlapped as to certain cases, the Court understands that the parties will proceed with nine cases pursuant to Paragraph 5(C) of CMO #13.

2.      Per the parties' selections, the following shall be the Initial Bellwether Discovery Cases:

> 1. *Arispe v. Abbott Laboratories Inc.* (1:23-cv-01453)
>
> 2. *Gaeta v. Abbott Laboratories Inc.* (1:22-cv-05553)
>
> 3. *Hernandez v. Abbott Laboratories, Inc.* (1:22-cv-04423)
>
> 4. *Kilpatrick v. Abbott Laboratories Inc.* (1:22-cv-05494)
>
> 5. *Mendoza v. Abbott Laboratories* (1:22-cv-04419)
>
> 6. *Pelizzaro v. Abbott Laboratories* (1:23-cv-04833)
>
> 7. *Sanders v. Abbott Laboratories Inc.* (1:22-cv-04352)
>
> 8. *Stephens v. Abbott Laboratories, Inc.* (1:22-cv-04163)
>
> 9. *Vincken v. Abbott Laboratories* (1:22-cv-05590)

3.      The Initial Bellwether Discovery Cases shall proceed pursuant to the schedule entered in CMO #13.

1

**IT IS SO ORDERED.**

Dated: November 9, 2023

The Honorable Matthew F. Kennelly
U.S. District Court Judge

2