**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Recalled Abbott Infant Formula Products
Liability Litigation, et al.

Plaintiff,

v.                                                                          Case No.: 1:22−cv−04148

Honorable Matthew F.
Kennelly

Abbott Laboratories Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 29, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person motion hearing held on 8/29/2024. The motion for Entry of Common Benefit Assessment [227] is granted with the modifications described on the record. The parties are to be directed to confer and send a revised proposed common benefit holdback order to Judge Kennelly's proposed order email address in Word format. Regarding the docket control order proposed by the defendant the Court made various proposals for modification. The parties are to confer accordingly and are to provide a revised proposed order to Judge Kennelly's proposed order email address in Word format. The deadline for submitting both revised orders is 9/10/2024. The in−person hearing set for 9/20/2024 is converted into a video hearing [229]. The Court will send out a video conference invitation a few days in advance of the hearing. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.