**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: Recalled Abbott Infant Formula Products Liability Litigation<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | Case No. 22 C 4148<br>MDL No. 3037<br><br>Hon. Judge Matthew F. Kennelly |
| In Re: Recalled Abbott Infant Formula Products Liability Litigation | Case No. 23 C 338<br><br>Hon. Judge Matthew F. Kennelly |

**JOINT STATUS REPORT**
**FOR THE SEPTEMBER 20, 2024 MDL CASE MANAGEMENT CONFERENCE**

The MDL parties provide the following joint status report in advance of the Case Management Conference scheduled for September 20, 2024:

1.      The Special Master is administering the settlement program pursuant to the confidential settlement agreement reported to the Court on June 26, 2024 (Dkt. No. 226).

2.      The PSC intends to move for entry of a protective order to facilitate the lien resolution process relating to the settlement program.  The PSC will be prepared to discuss such motion at the upcoming conference.

3.      Following the hearing with the Court on August 29, 2024, counsel for Abbott, the PSC, and the Objecting Plaintiffs have met and conferred relating to a proposed docket control order for the conduct of any cases that may remain following the confidential settlement agreement.  The Court granted the request for an extension to provide proposed revisions to the docket control order until September 17, 2024.  Dkt. No. 253.  The parties will report to the Court no later than that date.

1

4.      Subject to the Court's availability, the parties request that the next case management conference be scheduled for mid-November 2024.

Dated: September 13, 2024              Respectfully submitted,

| | |
|---|---|
| */s/ Stacy K. Hauer* | */s/ Michael A. Glick* |
| JOHNSON BECKER, PLLC | James F. Hurst, P.C. |
| Stacy K. Hauer, Esq. | Andrew A. Kassof, P.C. |
| 444 Cedar Street, #1800 | KIRKLAND & ELLIS LLP |
| St. Paul, MN 55101 | 300 North LaSalle |
| Tel: 612-436-1806 | Chicago, IL 60654 |
| Fax: 612-436-1801 | Tel: 312-862-2000 |
| shauer@johnsonbecker.com | Fax: 312-862-2200 |
| | james.hurst@kirkland.com |
| AYLSTOCK, WITKIN, KREIS & | |
| OVERHOLTZ, PLLC | Michael A. Glick  (*pro hac vice*) |
| E. Samuel Geisler | Erin E. Cady  (*pro hac vice*) |
| 17 E. Main St., Suite 200 | Katherine R. Katz  (*pro hac vice*) |
| Pensacola, FL 32561 | Joseph C. Schroeder (*pro hac vice*) |
| Tel: 850-202-1010 | KIRKLAND & ELLIS LLP |
| Fax: 850-916-7449 | 1301 Pennsylvania Ave, NW |
| sgeisler@awkolaw.com | Washington, DC 20004 |
| | Tel: 202-389-5000 |
| *Co-Lead Counsel for MDL Plaintiffs* | Fax: 202-389-5200 |
| | michael.glick@kirkland.com |
| | erin.cady@kirkland.com |
| | |
| | Brad Masters (*pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| | 60 East South Temple |
| | Salt Lake City, UT 84111 |
| | Tel: 801-877-8143 |
| | Fax: 801-877-8101 |
| | brad.masters@kirkland.com |
| | |
| | *Counsel for Abbott Laboratories* |
| | *in MDL No. 3037* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system and/or by e-mail.

*/s/ Stacy K. Hauer*
Stacy K. Hauer

3