# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: Recalled Abbott Infant Formula Products Liability Litigation<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | Case No. 22 C 4148<br>MDL No. 3037<br><br>Hon. Judge Matthew F. Kennelly |
| In Re: Recalled Abbott Infant Formula Products Liability Litigation | Case No. 23 C 338<br><br>Hon. Judge Matthew F. Kennelly |

## JOINT STATUS REPORT
## FOR THE FEBRUARY 28, 2025 MDL CASE MANAGEMENT CONFERENCE

Pursuant to the Court's January 22, 2025 order [ECF 270], Abbott and the Plaintiffs' Steering Committee report that they continue to review and confer regarding compliance with the requirements and release documentation under the confidential settlement agreement intended to resolve the personal injury cases in the MDL and related claims. The parties will report on the ability to finalize the settlement at the upcoming conference on February 28, 2025.

The parties will also be prepared to discuss the status of any proposed docket control order for the conduct of any cases that may remain following the confidential settlement agreement. *See* Dkt Nos. 259 (Abbott), 260-61 (Objecting Plaintiffs).

1

| Dated: February 24, 2025 | Respectfully submitted, |
|---|---|
| */s/ Stacy K. Hauer* | */s/ Michael A. Glick* |
| JOHNSON BECKER, PLLC<br>Stacy K. Hauer, Esq.<br>444 Cedar Street, #1800<br>St. Paul, MN 55101<br>Tel: 612-436-1806<br>Fax: 612-436-1801<br>shauer@johnsonbecker.com | James F. Hurst, P.C.<br>Andrew A. Kassof, P.C.<br>KIRKLAND & ELLIS LLP<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>Tel: 312-862-2000<br>Fax: 312-862-2200<br>james.hurst@kirkland.com<br>akassof@kirkland.com |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC<br>E. Samuel Geisler<br>17 E. Main St., Suite 200<br>Pensacola, FL 32561<br>Tel: 850-202-1010<br>Fax: 850-916-7449<br>sgeisler@awkolaw.com<br><br>*Co-Lead Counsel for MDL Plaintiffs* | Michael A. Glick (*pro hac vice*)<br>Katherine R. Katz (*pro hac vice*)<br>Erin E. Cady (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Ave, NW<br>Washington, DC 20004<br>Tel: 202-389-5000<br>Fax: 202-389-5200<br>michael.glick@kirkland.com<br>katherine.katz@kirkland.com<br>erin.cady@kirkland.com<br><br>Brad Masters (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>60 East South Temple<br>Salt Lake City, UT 84111<br>Tel: 801-877-8143<br>Fax: 801-877-8101<br>brad.masters@kirkland.com<br><br>*Counsel for Abbott Laboratories in MDL No. 3037* |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system and/or by e-mail.

*/s/ Michael A. Glick*
Michael A. Glick
