IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: RECALLED ABBOTT INFANT FORMULA PRODUCT LIABILITY LITIGATION | MDL 3037 <br><br> Case No: 22 C 4148 |
| This Document Relates to: <br><br> ALL ACTIONS | CASE MANAGEMENT ORDER NO. 21 (Reorganized Plaintiffs' Leadership Structure) |

1. On February 28, 2025, the Court instructed counsel for any Plaintiff that is opting out of the Master Settlement Agreement to submit to the Court a reorganized Plaintiffs' leadership structure.

2. Having reviewed Plaintiffs' Amended Joint Motion to Approve Reorganized Plaintiffs' Leadership Structure (ECF #286), and given all counsel an opportunity to be heard, the Court hereby modifies CMO No. 2 (ECF #23) as follows:

3. The following attorneys shall serve as new Co-Lead Counsel ("CLC II"):

Daniel J.T. Sciano
Tinsman & Sciano Inc.
10107 McAllister Freeway
San Antonio, TX 78210
(210) 225-3121

Thomas J. Preuss
Preuss | Foster Law
11141 Overbrook Rd., Suite 104
Leawood, KS 66211
(816) 307-2788

Claudia I. Guerrero
Dilley Law Firm
315 E. Commerce St., Ste. 203
San Antonio, TX 78205
(210) 225-0111

Marc Matthews
McIntyre Thanasides Bringgold Elliott Grimaldi & Guito, P.A.
1228 E. 7th Avenue, Suite 200
Tampa, FL 33605
(813) 530-1000

4. The above-listed CLC II shall replace the original Co-Lead Counsel and PSC members listed in CMO No. 2.

5. Accordingly, the above-listed CLC II shall assume all the rights, duties, and responsibilities of the original Plaintiff's Steering Committee ("PSC") and Co-Lead Counsel as set forth in CMO No. 2.

6. Additionally, the above listed CLC II shall assume all rights, duties, and responsibilities of Lead Counsel, Co-Lead Counsel, the PSC, and Common Benefit Counsel in CMO No. 7 (ECF #55) for purposes of conducting and approving Common Benefit Work and pursuing common benefit fees and costs relating to the work and expenses of CLC II on behalf of litigating Plaintiffs, to be determined at a later date upon Court approval.

7. Original Co-Lead Counsel shall remain involved in these proceedings to oversee and finalize settlements reached in accordance with the Master Settlement Agreement, as well as to oversee and finalize settlements (to the extent reached) in the cases identified below and in the Supplemental Status Report for the April 4, 2025 Status Hearing (ECF #282):

   a. ***Patout v. Abbott Laboratories, Inc.***, Case No. 1:24-cv-10700; and

   b. ***Rousselle v. Abbott Laboratories, Inc.***, Case No. 1:23-cv-00931.

8. Original Co-Lead Counsel shall also remain involved in these proceedings to share common benefit work product (as addressed in CMO #7) with CLC II and any materials or information related to common benefit work product that was completed or performed while Original Co-Lead counsel were acting in that capacity.

9. This Order is subject to change and/or modifications on motion of any party, or on the Court's own motion.

**IT IS SO ORDERED.**

Dated: April 25, 2025

_____
HON. MATTHEW KENNELLY
UNITED STATES DISTRICT JUDGE