IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: RECALLED ABBOTT INFANT FORMULA PRODUCT LIABILITY LITIGATION | MDL 3037 <br><br> Case No: 1:22−cv−04148 |
| This Document Relates to: <br><br> ALL ACTIONS | Honorable Matthew F. Kennelly |

**PLAINTIFFS' MOTION TO EXTEND DEADLINE TO SUBMIT<br>REVISED COMMON BENEFIT ORDER**

This motion stems from the April 25, 2025 hearing and Notification of Docket Entry (ECF #288) in which this Court instructed new Co-Lead Counsel ("CLC II") to submit a revised common benefit order by May 9, 2025.

Since that date, CLC II has extensively discussed the revised common benefit order internally and has also discussed the revised common benefit order with original Co-Lead Counsel, Stacy Hauer and Sam Geisler. And because Settlement Master Randi Ellis had previously indicated a willingness to get involved in this process, CLC II also reached out to Ms. Ellis to discuss further. Because of scheduling issues, the earliest date and time that CLC II and Ms. Ellis could coordinate for that discussion was Friday, May 9, 2025 at 2 p.m. CST.[1]

For the Court's reference, CMO No. 21 (ECF #287) at paragraph 6 already allowed CLC II to "assume all rights, duties, and responsibilities of Lead Counsel, Co-Lead Counsel, the PSC, and Common Benefit Counsel in CMO No. 7 (ECF #55) for purposes of conducting and approving Common Benefit Work and pursuing common benefit fees and costs relating to the work and expenses of CLC II on behalf of litigating Plaintiffs, to be determined at a later date upon Court approval." *See* ECF #287,

---

[1] This motion is being filed before that call. After the call with Ms. Ellis, CLC II intends to discuss internally and then discuss further with Ms. Hauer and Mr. Geisler.

¶ 6. Therefore, the process for CLC II to step in to perform Common Benefit Work is already in place. The attorneys involved just need to determine specifically what that will look like, in addition to determining an appropriate way to address CMO No. 19 Setting Common Benefit Holdback Percentage (ECF #251) in the context of the work to be done on behalf of the continuing litigating Plaintiffs compared to the work done in reaching the Master Settlement Agreement by the original CLC and Plaintiffs' Steering Committee.

CLC II respectfully requests a one-week extension, until May 16, 2025, to file a revised common benefit order so that everyone involved can make sure that we are all on the same page, as well as to do our best to address the Court's intention in requiring a revised common benefit order. CLC II understands the importance of getting these issues resolved as best as possible to provide clarity moving forward and is not simply trying to delay. Essentially, we want to make sure we get it right.

Respectfully submitted,

**PREUSS | FOSTER**

By: */s/ Thomas J. Preuss*
Thomas J. Preuss, MO #54923
Admitted Pro Hac Vice

Luke F. Callahan, MO #67983
Admitted Pro Hac Vice
11141 Overbrook Road, Ste. 104
Leawood, KS 66211
Ph. 816-307-2788
Fax:816-336-9705
Email: tjpreuss@pflaw.com
lcallahan@pflaw.com

**ATTORNEYS FOR PELIZZARO PLAINTIFFS**

**AND**

**DILLEY LAW FIRM, P.C.**

By: */s/ Claudia I. Guerrero*
Claudia I. Guerrero (pro hac vice)
SBN: 24079670

claudia@dilleylawfirm.com

2

Douglas E. Dilley (pro hac vice)
SBN: 05872000
douglas@dilleylawfirm.com
315 E. Commerce St., Ste. 203
San Antonio, Texas 78205
Telephone: (210) 225-0111
Facsimile: (210) 228-0493

**TINSMAN & SCIANO, INC.**

By: */s/ Daniel J. T. Sciano*
Daniel J. T. Sciano (pro hac vice)
State Bar No. 17881200
dsciano@tsslawyers.com

10107 McAllister Freeway
San Antonio, TX 78216
Telephone: (210) 225-3121
Facsimile: (210) 225-6235

**ATTORNEYS FOR HERNANDEZ and
SAN MIGUEL PLAINTIFFS**

**AND**

**MCINTYRE THANASIDES BRINGGOLD
ELLIOTT GRIMALDI & GUITO, P.A.**

By: */s/ Marc Matthews*

Marc Matthews
Florida Bar No. 711098
McIntyre Thanasides Bringgold Elliott Grimaldi & Guito, P.A.
1228 E. 7th Avenue, Suite 200
Tampa, FL 33605
(813) 530-1000

By: */s/ Lisha Bowen*

LISHA BOWEN, ESQ.
Florida Bar No. 0169374
Lisha@bowentrials.com
LISHA BOWEN, P.A.
P.O. Box 173442
Tampa Florida 33672
(T): (813) 995-5580

**ATTORNEYS FOR GODING PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on May 9, 2025 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system and/or by e-mail.

                                              */s/ Marc Matthews*
                                              Attorney for Goding Plaintiff