**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: Recalled Abbott Infant Formula Products Liability Litigation<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | Case No. 22 C 4148<br>MDL No. 3037<br><br>Hon. Judge Matthew F. Kennelly |

**JOINT STATUS REPORT REGARDING SETTLEMENT PROGRAM STATUS**

Pursuant to the Court's July 29, 2025 Minute Order seeking information on "the anticipated timeline for resolution of the settled cases, including the anticipated timeline for submission of motion(s) for court approval" (Dkt. No. 319), Original Co-Lead Counsel and counsel for Abbott provide the following joint status report:

1. Consistent with the terms of the settlement program, the agreed-upon settlement funds were provided to the Qualified Settlement Fund (QSF).

2. The QSF Administrator (Milestone) has initiated the process of distributing funds from the QSF to individual Plaintiffs and non-filed claimants. To date, the QSF Administrator has distributed funds to the first 5 cases/claims that were ready for distribution. Of those, 2 of the payments were to Plaintiffs in filed cases, and the parties filed Stipulations of Dismissal in those cases. The parties understand those cases to have been terminated by the Court.

3. Milestone is prepared to make distributions for the remaining Plaintiffs/claimants subject to the lien resolution process and any necessary settlement approvals.

4. **Lien Resolution.** The lien resolution process is being performed by Med Lien Solutions. As of July 31, 2025:

- Med Lien has completed lien resolution for approximately 78% of the cases/claims involved in the settlement.

1

- There are seven cases for which participating law firms have not yet provided required information to Med Lien to begin the lien resolution process.

- There are approximately 71 open cases with Medicaid agencies, 3 potential Medicare cases, and more than 60 private lien and private lien resolution program (PLRP) cases.

Med Lien Solutions anticipates lien resolution to continue on a rolling basis and expects all liens to be substantially resolved by the end of 2025.

5. **Distribution of Funds.** Once lien resolution is complete for a given case/claim, funds can be cleared for distribution to participating law firms. The firms have been instructed to coordinate with Milestone for payment once the lien resolution is complete and the firm is ready to accept settlement funds. Milestone is awaiting requests for distribution in an additional approximately 375 cases, many of which may be dependent on the status of guardianship/estate matters. Milestone is making payments to lien holders upon distribution of funds on a monthly cadence and is also withholding common benefit funds on behalf of all claimants.

6. **Court Approvals.** Participating law firms are responsible for analysis and review of applicable law to determine whether a minor approval is required, and if so, the most appropriate method to secure the approvals. On July 17, 2025, the Court entered Amended Case Management Order No. 25 (Dkt No. 313) to establish a process for opening and approval of administrative cases for approval of minor settlement claims for those firms that wish to utilize the MDL Court for that process. Pursuant to the Order, firms were to notify Original Co-Lead Counsel of any cases requiring an administrative docket to be opened, and for Original Co-Lead Counsel to operate as a liaison with the Clerk's office. Consistent with the Order, Original Co-Lead Counsel has been providing the Clerk with case lists consisting of 25 cases on a regular basis, and communicating the case assignments to participating law firms as assigned. As of July 31, 2025, the Clerk's office has opened administrative dockets for approximately 234 cases. While there may be a small

2

number of additional Plaintiffs/claimants that elect to participate in the CMO 25 process, the opening of cases appears to be substantially complete, as all cases currently identified to Original Co-Lead Counsel as wishing to participate in the MDL Court process have been assigned case numbers.

7.      Now that the administrative docket file numbers are assigned, Original Co-Lead Counsel anticipates that participating law firms will likely begin filing motions for approval by the middle of August.  Original Co-Lead Counsel understands that several firms are working with a Guardian Ad Litem who is reviewing settlements and allocations and preparing reports for submission to the Court.  In addition, many of the settlement awards require coordination with financial service vendors to establish a structured settlement or annuity. Several firms have been working with financial service vendors over the past several weeks and anticipate incorporating the terms of those structures into their motion for approval. Original Co-Lead Counsel anticipates that approval motions will continue to be filed on a rolling basis throughout fall of 2025.

8.      **Stipulations of Dismissal.**  The parties will cooperate in filing timely stipulations of dismissal for filed cases on a rolling basis as Milestone confirms individual plaintiff distributions under the settlement.

3

Dated:  August 1, 2025                                   Respectfully submitted,


/s/ Stacy K. Hauer                                      /s/ Michael A. Glick
JOHNSON BECKER, PLLC                                    Michael A. Glick  (*pro hac vice*)
Stacy K. Hauer, Esq.                                    KIRKLAND & ELLIS LLP
444 Cedar Street, #1800                                 1301 Pennsylvania Ave, NW
St. Paul, MN 55101                                      Washington, DC 20004
Tel: 612-436-1806                                       Tel: 202-389-5000
Fax: 612-436-1801                                       Fax: 202-389-5200
shauer@johnsonbecker.com                                michael.glick@kirkland.com


AYLSTOCK, WITKIN, KREIS &                               *Counsel for Abbott Laboratories*
OVERHOLTZ, PLLC                                         *in MDL No. 3037*
E. Samuel Geisler
17 E. Main St., Suite 200
Pensacola, FL 32561
Tel: 850-202-1010
Fax: 850-916-7449
sgeisler@awkolaw.com


*Former Co-Lead Counsel for MDL*
*Plaintiffs*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system and/or by e-mail.

/s/ Stacy K. Hauer
Stacy K. Hauer