UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: RECALLED ABBOTT INFANT FORMULA PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES | Case No. 22 C 4148<br>MDL No. 3037<br><br>Hon. Judge Matthew F. Kennelly |

**CASE MANAGEMENT ORDER NO. 27**
**ADMINISTRATIVE ORDER (regarding settlement program)**

Abbott and the Original Co-Lead Counsel (appointed by the Court on behalf of all Plaintiffs) reached an agreement for a confidential voluntary settlement program in which the vast majority of eligible claimants are participating. On July 17, 2025, this Court entered Amended Case Management Order No. 25, which was an administrative order intended to "clearly establish a consistent and efficient process for the effective approval of settlement and resolution of existing cases and claims." (ECF No. 313). Having heard from the Original Co-Lead Counsel on the status and progress of settlement administration, the Court deems it necessary to provide the foregoing framework to facilitate efficient and effective management over the settling cases and claims, particularly the approval of minor settlements.

Further, the Court **ORDERS**:

    1.    This Order shall be filed in the MDL Master Docket, 1:22-cv-4148.

    2.    Firms who have not yet provided requisite information (e.g. Social Security numbers, authorizations, etc) to the Lien Resolution Administrator, MedLien (formerly "Massive") necessary to begin the process of lien resolution have five days from the date of this order to do so.

3. Within the status report for the next scheduled status conference, the Original Co-Lead Counsel shall provide the Court a list of the firms who are deficient in providing requisite information to Lien Resolution Administrator (MedLien, formerly Massive).

4. Thereafter, the Court may require any firm who remains deficient in providing the lien administrator this information to attend the next status conference in person to explain the reason for the delay and what efforts the firm will make to provide the information immediately.

5. Firms who have not yet emailed Original Co-Lead Counsel (Sam Geisler and Stacy Hauer) to request the assignment of administrative docket numbers for any unfiled claims for which it intends to seek this Court's approval will have 10 days from the date of this order to do so. Counsel for any claimant who has not requested an administrative docket assignment by this date will no longer be able to utilize the process for approval set forth in CMO 25.

6. By October 6, 2025, the Lien Resolution Administrator MedLien (formerly Massive) will provide the Court with a report reflecting the status of lien resolution to be filed under seal. The report shall include a listing of claimants, whether liens are resolved or remain pending. This report should also include a brief status specific to the holder of any unresolved liens. The status report shall also include whether the Lien Resolution Administrator requests the Court enter an Order to Show Cause requiring the lien holder explain to this Court why its lien should not be discharged without delay. MedLien shall provide a report to the Court one week prior to any scheduled Case Management Conference to keep the Court apprised of the status of lien resolution.

7. Firms will have forty-five days from entry of this Order within which to file a petition seeking court approval for minor settlement for any cases or claims for which the lien resolution process is complete as of entry of this Order.

8. For cases or claims for which the lien resolution process is not yet complete as of the entry of this Order, Firms will have forty-five days from the lien completion date in which to file a petition seeking court approval for minor settlement.

9. Counsel subject to this Order may seek a reasonable request for extension to these deadlines for good cause shown, such as, but not limited to, outstanding contributions from third parties such as Guardian Ad Litem reports or structured settlement paperwork.

**SO ORDERED**, on this 18th day of September 2025.

By: /s/ Matthew F. Kennelly
Hon. Matthew F. Kennelly
United States District Judge