# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: RECALLED ABBOTT INFANT FORMULA PRODUCT LIABILITY LITIGATION | ) )  Case No: 22 C 4148 ) ) )  MDL No. 3037 |
| This Document Relates to All Cases | ) )  Hon. Judge Matthew F. Kennelly |

## LIEN RESOLUTION STATUS REPORT

Pursuant to CMO 27, the undersigned counsel are filing under seal a report prepared by the Lien Resolution Administrator, Med Lien Solutions, attached as Exhibit A. This report is being filed one week prior to the next Case Management Conference. The report includes a listing of each claimant and the current status of outstanding lien(s). The LRA can provide more detailed information on the status of each claimant to the Court if required. The undersigned counsel will further provide the Court an inventory of cases and status of liens as requested in Minute Entry 393 dated November 21, 2025.

Dated: December 4, 2025

Respectfully submitted,

/s/ *Stacy K. Hauer*
Stacy K. Hauer, Esq.
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN   55101
Phone: (612) 436-1800
Fax: (612) 436-1801
Email: shauer@johnsonbecker.com

/s/ *E. Samuel Geisler*
E. Samuel Geisler
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
T: (850) 202-1010
F: (850) 916-7449
sgeisler@awkolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system and/or by e-mail.

*/s/ Stacy K. Hauer*
Stacy K. Hauer