**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: RECALLED ABBOTT INFANT FORMULA PRODUCT LIABILITY LITIGATION | ) ) ) Case No: 22 C 4148 |
| | ) |
| | ) MDL No. 3037 |
| This Document Relates to All Cases | ) |
| | ) Hon. Judge Matthew F. Kennelly |

**CASE STATUS REPORT**

Pursuant to the Court's November 21, 2025, Minute Entry, Dkt. No 393, the undersigned are submitting the requested case inventory as Exhibit A. An Excel spreadsheet will also be emailed to the Court's chambers.

Dated: December 8, 2025

Respectfully submitted,


/s/ *Stacy K. Hauer*
Stacy K. Hauer, Esq.
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN  55101
Phone: (612) 436-1800
Fax: (612) 436-1801
Email: shauer@johnsonbecker.com

/s/ *E. Samuel Geisler*
E. Samuel Geisler
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
T: (850) 202-1010
F: (850) 916-7449
sgeisler@awkolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system and/or by e-mail.

/s/ Stacy K. Hauer
Stacy K. Hauer