# EXHIBIT A

| Admin Docket Number | Admin Docket Case Caption | Law Firm | Notice of Appearance Filed | Motion Filed (Date | Order entered (date) | Notice of Dismissal Filed | Open/Closed | Notes |
|---|---|---|---|---|---|---|---|---|
| 1:25-cv-07629 | Doe [#1] v. Abbott Laboratories | Johnson Becker | 11/5/2025 | 12/2/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-07630 | Doe [#2] v. Abbott Laboratories | Johnson Becker | 11/5/2025 | 11/11/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-07632 | Doe [#3] v. Abbott Laboratories | Johnson Becker | 11/5/2025 | 11/11/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-07634 | Doe [#4] v. Abbott Laboratories | Johnson Becker | 11/5/2025 | 11/13/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-07635 | Doe [#5] v. Abbott Laboratories | Johnson Becker | 10/30/2025 | 10/30/2025 | 11/3/2025 | N/A | Closed | |
| 1:25-cv-07637 | Doe [#6] v. Abbott Laboratories | Johnson Becker | 11/5/2025 | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-07640 | Doe [#7] v. Abbott Laboratories | Johnson Becker | 11/5/2025 | 11/15/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-07642 | Doe [#8] v. Abbott Laboratories | Johnson Becker | 10/3/2025 | 10/30/2025 | 11/3/2025 | N/A | Closed | |
| 1:25-cv-07644 | Doe [#9] v. Abbott Laboratories | Johnson Becker | 11/5/2025 | 12/1/2025 | 12/5/2025 | N/A | Closed | |
| 1:25-cv-07645 | Doe [#10] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | 7/31/2025 | 8/11/2025 | N/A | Closed | |
| 1:25-cv-07648 | Doe [#11] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | 7/31/2025 | 8/11/2025 | N/A | Closed | |
| 1:25-cv-07650 | Doe [#12] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | 7/31/2025 | 8/11/2025 | N/A | Closed | |
| 1:25-cv-07651 | Doe [#13] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | 7/31/2025 | 8/11/2025 | N/A | Closed | |
| 1:25-cv-07653 | Doe [#14] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | 7/31/2025 | 8/11/2025 | N/A | Closed | |
| 1:25-cv-07654 | Doe [#15] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | 7/31/2025 | 8/11/2025 | N/A | Closed | |
| 1:25-cv-07656 | Doe [#16] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | 7/31/2025 | 8/11/2025 | N/A | Closed | |
| 1:25-cv-07666 | Doe [#17] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | 7/31/2025 | 8/11/2025 | N/A | Closed | |
| 1:25-cv-07667 | Doe [#18] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | 7/31/2025 | 8/11/2025 | N/A | Closed | |
| 1:25-cv-07670 | Doe [#19] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | 10/24/2025 | 10/27/2025 | N/A | Closed | |
| 1:25-cv-07676 | Doe [#20] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | 7/31/2025 | 8/11/2025 | N/A | Closed | |
| 1:25-cv-07678 | Doe [#21] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | N/A | N/A | 12/1/2025 | Open | Notice of Dismissal Filed - Court will need to close |
| 1:25-cv-07680 | Doe [#22] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | N/A | N/A | 12/1/2025 | Open | Notice of Dismissal Filed - Court will need to close |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1:25-cv-07684 | Doe [#23] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | 7/31/2025 | 8/11/2025 | N/A | Closed | |
| 1:25-cv-07698 | Doe [#24] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | 7/31/2025 | 8/11/2025 | N/A | Closed | |
| 1:25-cv-07699 | Doe [#25] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-08282 | Doe [#26] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | 7/31/2025 | 8/11/2025 | N/A | Closed | |
| 1:25-cv-08285 | Doe [#27] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | 7/31/2025 | 8/11/2025 | N/A | Closed | |
| 1:25-cv-08286 | Doe [#28] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | 7/31/2025 | 8/11/2025 | N/A | Closed | |
| 1:25-cv-08287 | Doe [#29] v. Abbott Laboratories | Luff Law Firm | 7/31/2025 | 7/31/2025 | 8/11/2025 | N/A | Closed | |
| 1:25-cv-08319 | Doe [#30] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 12/1/2025 | 12/4/2025 | N/A | Closed | |
| 1:25-cv-08322 | Doe [#31] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 10/7/2025 | 10/9/2025 | N/A | Closed | |
| 1:25-cv-08334 | Doe [#32] v. Abbott Laboratories | Schlesinger | 7/24/2025 | 8/25/2025 | 8/26/2025 | N/A | Closed | |
| 1:25-cv-08336 | Doe [#33] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 11/23/2025 | 12/4/2025 | N/A | Closed | |
| 1:25-cv-08337 | Doe [#34] v. Abbott Laboratories | Schlesinger | 7/24/2025 | 8/8/2025 | 8/13/2025 | N/A | Closed | |
| 1:25-cv-08339 | Doe [#35] v. Abbott Laboratories | Schlesinger | 7/24/2025 | 8/8/2025 | 8/13/2025 | N/A | Closed | |
| 1:25-cv-08340 | Doe [#36] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 10/27/2025 | 10/28/2025 | N/A | Closed | |
| 1:25-cv-08341 | Doe [#37] v. Abbott Laboratories | Schlesinger | 7/24/2025 | 8/25/2025 | 8/26/2025 | N/A | Closed | |
| 1:25-cv-08344 | Doe [#38] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 10/7/2025 | 10/9/2025 | N/A | Closed | |
| 1:25-cv-08345 | Doe [#39] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 8/25/2025 | 8/26/2025 | N/A | Closed | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1:25-cv-08346 | Doe [#40] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 10/31/2025 | 11/14/2025 | N/A | Closed |
| 1:25-cv-08348 | Doe [#41] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 10/27/2025 | 10/28/2025 | N/A | Closed |
| 1:25-cv-08349 | Doe [#42] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 10/7/2025 | 10/9/2025 | N/A | Closed |
| 1:25-cv-08351 | Doe [#43] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 10/27/2025 | 10/28/2025 | N/A | Closed |
| 1:25-cv-08352 | Doe [#44] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 10/7/2025 | 10/9/2025 | N/A | Closed |
| 1:25-cv-08355 | Doe [#45] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 10/27/2025 | 10/28/2025 | N/A | Closed |
| 1:25-cv-08357 | Doe [#46] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 8/8/2025 | 8/13/2025 | N/A | Closed |
| 1:25-cv-08359 | Doe [#47] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 8/8/2025 | 8/13/2025 | N/A | Closed |
| 1:25-cv-08360 | Doe [#48] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 8/8/2025 | 8/13/2025 | N/A | Closed |
| 1:25-cv-08361 | Doe [#49] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 8/25/2025 | 8/26/2025 | N/A | Closed |
| 1:25-cv-08363 | Doe [#50] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 8/25/2025 | 8/26/2025 | N/A | Closed |
| 1:25-cv-08368 | Doe [#51] v. Abbott Laboratories | Schlesinger | 7/28/2025 | 10/27/2025 | 10/28/2025 | N/A | Closed |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1:25-cv-08369 | Doe [#52] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 8/8/2025 | 8/13/2025 | N/A | Closed | |
| 1:25-cv-08370 | Doe [#53] v. Abbott Laboratories | Schlesinger | 7/28/2025 | 10/7/2025 | 10/9/2025 | N/A | Closed | |
| 1:25-cv-08371 | Doe [#54] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 8/25/2025 | 8/26/2025 | N/A | Closed | |
| 1:25-cv-08372 | Doe [#55] v. Abbott Laboratories | Schlesinger | 7/28/2025 | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-08373 | Doe [#56] v. Abbott Laboratories | Schlesinger | 7/28/2025 | 10/7/2025 | 10/9/2025 | N/A | Closed | |
| 1:25-cv-08374 | Doe [#57] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 8/8/2025 | 8/13/2025 | N/A | Closed | |
| 1:25-cv-08375 | Doe [#58] v. Abbott Laboratories | Schlesinger | 7/28/2025 | 10/7/2025 | 10/9/2025 | N/A | Closed | |
| 1:25-cv-08376 | Doe [#59] v. Abbott Laboratories | Schlesinger | 7/28/2025 | 10/27/2025 | 10/28/2025 | N/A | Closed | |
| 1:25-cv-08379 | Doe [#60] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 10/27/2025 | 10/28/2025 | N/A | Closed | |
| 1:25-cv-08380 | Doe [#61] v. Abbott Laboratories | Schlesinger | 7/25/2025 | 8/25/2025 | 8/26/2025 | N/A | Closed | |
| 1:25-cv-08386 | Doe [#62] v. Abbott Laboratories | Schlesinger | 7/28/2025 | 10/7/2025 | 10/9/2025 | N/A | Closed | |
| 1:25-cv-08429 | Doe [#63] v. Abbott Laboratories | Aylstock Witkin Kries & Overholtz | N/A | N/A | N/A | N/A | Open | Counsel intends to file a Notice of Voluntary Dismissal |
| 1:25-cv-08430 | Doe [#64] v. Abbott Laboratories | Aylstock Witkin Krie | 11/17/2025 | 11/17/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08431 | Doe [#65] v. Abbott Laboratories | Aylstock Witkin Krie | 11/26/2025 | 11/26/2025 | 12/4/2025 | N/A | Closed | |
| 1:25-cv-08432 | Doe [#66] v. Abbott Laboratories | Aylstock Witkin Krie | 12/1/2025 | 12/1/2025 | 12/5/2025 | N/A | Closed | |
| 1:25-cv-08434 | Doe [#67] v. Abbott Laboratories | Aylstock Witkin Krie | 11/26/2025 | 11/26/2025 | 12/4/2025 | N/A | Closed | |
| 1:25-cv-08435 | Doe [#68] v. Abbott Laboratories | Aylstock Witkin Kries & Overholtz | 10/14/2025 | | | | | Court will need to address. There was an Order to Show Cause entered and deadline has passed. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1:25-cv-08438 | Doe [#69] v. Abbott Laboratories | Aylstock Witkin Kries & Overholtz | 10/9/2025 | N/A | N/A | N/A | Open | Counsel intends to file a Notice of Voluntary Dismissal |
| 1:25-cv-08439 | Doe [#70] v. Abbott Laboratories | Aylstock Witkin Kries & Overholtz | N/A | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-08441 | Doe [#71] v. Abbott Laboratories | Aylstock Witkin Krie | 11/3/2025 | 11/3/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-08442 | Doe [#72] v. Abbott Laboratories | Aylstock Witkin Krie | 11/18/2025 | 11/18/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08444 | Doe [#73] v. Abbott Laboratories | Aylstock Witkin Krie | 10/9/2025 | 10/10/2025 | 10/14/2025 | N/A | Closed | |
| 1:25-cv-08446 | Doe [#74] v. Abbott Laboratories | Aylstock Witkin Krie | 11/2/2025 | 11/2/2025 | 11/14/2025 | N/A | Closed | |
| 1:25-cv-08447 | Doe [#75] v. Abbott Laboratories | Aylstock Witkin Krie | 10/10/2025 | 10/10/2025 | 10/14/2025 | N/A | Closed | |
| 1:25-cv-08448 | Doe [#76] v. Abbott Laboratories | Aylstock Witkin Krie | 10/16/2025 | 10/16/2025 | 10/17/2025 | N/A | Closed | |
| 1:25-cv-08449 | Doe [#77] v. Abbott Laboratories | Aylstock Witkin Krie | 11/18/2025 | 11/18/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08450 | Doe [#78] v. Abbott Laboratories | Aylstock Witkin Krie | 11/2/2025 | 11/2/2025 | 11/14/2025 | N/A | Closed | |
| 1:25-cv-08452 | Doe [#79] v. Abbott Laboratories | Aylstock Witkin Krie | 10/29/2025 | 10/29/2025 | 10/31/2025 | N/A | Closed | |
| 1:25-cv-08453 | Doe [#80] v. Abbott Laboratories | Aylstock Witkin Krie | 11/2/2025 | 11/2/2025 | 11/14/2025 | N/A | Closed | |
| 1:25-cv-08455 | Doe [#81] v. Abbott Laboratories | Aylstock Witkin Krie | 10/16/2025 | 10/16/2025 | 10/17/2025 | N/A | Closed | |
| 1:25-cv-08456 | Doe [#82] v. Abbott Laboratories | Aylstock Witkin Kries & Overholtz | N/A | N/A | N/A | N/A | Open | Recent lien resolved - deadline has not run |
| 1:25-cv-08458 | Doe [#84] v. Abbott Laboratories | Aylstock Witkin Kries & Overholtz | N/A | N/A | N/A | N/A | Open | Counsel intends to file a Notice of Voluntary Dismissal |
| 1:25-cv-08459 | Doe [#83] v. Abbott Laboratories | Aylstock Witkin Kries & Overholtz | N/A | N/A | N/A | N/A | Open | Recent lien resolved - deadline has not run |
| 1:25-cv-08462 | Doe [#85] v. Abbott Laboratories | Aylstock Witkin Krie | 10/29/2025 | 10/29/2025 | 10/31/2025 | N/A | Closed | |
| 1:25-cv-08463 | Doe [#86] v. Abbott Laboratories | Aylstock Witkin Krie | 11/2/2025 | 11/2/2025 | 11/14/2025 | N/A | Closed | |
| 1:25-cv-08501 | Doe [#87] v. Abbott Laboratories | Haslam | 9/17/2025 | 10/27/2025 | 10/28/2025 | N/A | Closed | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1:25-cv-08502 | Doe [#88] v. Abbott Laboratories | Milberg | N/A | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-08504 | Doe [#89] v. Abbott Laboratories | Poulin Willey | 10/21/2025 | 10/21/2025 | 10/21/2025 | N/A | Closed | |
| 1:25-cv-08505 | Doe [#90] v. Abbott Laboratories | Poulin Willey | 10/28/2025 | 10/28/2025 | 10/28/2025 | N/A | Closed | |
| 1:25-cv-08506 | Doe [#91] v. Abbott Laboratories | Poulin Willey | 10/22/2025 | 10/22/2025 | 10/23/2025 | N/A | Closed | |
| 1:25-cv-08507 | Doe [#92] v. Abbott Laboratories | Poulin Willey | 10/22/2025 | 10/22/2025 | 10/23/2025 | N/A | Closed | |
| 1:25-cv-08512 | Doe [#93] v. Abbott Laboratories | Poulin Willey | 10/22/2025 | 10/22/2025 | 10/23/2025 | N/A | Closed | |
| 1:25-cv-08513 | Doe [#94] v. Abbott Laboratories | Gill Ragon | 8/20/2025 | 10/31/2025 | 11/3/2025 | N/A | Closed | |
| 1:25-cv-08514 | Doe [#95] v. Abbott Laboratories | Preuss Foster | 11/21/2025 | N/A | N/A | N/A | Open | Recent lien resolved - deadline has not run |
| 1:25-cv-08515 | Doe [#96] v. Abbott Laboratories | Preuss Foster | 10/31/2025 | 11/24/2025 | 12/4/2025 | N/A | Closed | |
| 1:25-cv-08517 | Doe [#97] v. Abbott Laboratories | Preuss Foster | 25; 10/10/2025 | 10/31/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08518 | Doe [#98] v. Abbott Laboratories | Preuss Foster | 11/14/2025 | N/A | N/A | N/A | Open | Recent lien resolved - deadline has not run |
| 1:25-cv-08521 | Doe [#99] v. Abbott Laboratories | Preuss Foster | 11/21/2025 | N/A | N/A | N/A | Open | Recent lien resolved - deadline has not run |
| 1:25-cv-08522 | Doe [#100] v. Abbott Laboratories | Preuss Foster | 11/21/2025 | N/A | N/A | N/A | Open | Recent lien resolved - deadline has not run |
| 1:25-cv-08523 | Doe [#101] v. Abbott Laboratories | Preuss Foster | 11/21/2025 | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-08526 | Doe [#102] v. Abbott Laboratories | Preuss Foster | 10/10/2025 | 11/3/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08527 | Doe [#103] v. Abbott Laboratories | Preuss Foster | 25; 10/10/2025 | 10/31/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08528 | Doe [#104] v. Abbott Laboratories | Preuss Foster | 10/10/2025 | 10/31/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08530 | Doe [#105] v. Abbott Laboratories | Preuss Foster | 25; 10/10/2025 | 11/3/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08531 | Doe [#106] v. Abbott Laboratories | Preuss Foster | 10/31/2025 | 11/24/2025 | 12/4/2025 | N/A | Closed | |
| 1:25-cv-08534 | Doe [#107] v. Abbott Laboratories | Preuss Foster | 11/21/2025 | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-08535 | Doe [#108] v. Abbott Laboratories | Preuss Foster | 11/21/2025 | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-08538 | Doe [#109] v. Abbott Laboratories | Preuss Foster | 10/10/2025 | 10/30/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08539 | Doe [#110] v. Abbott Laboratories | Preuss Foster | 25; 10/10/2025 | 10/31/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08542 | Doe [#111] v. Abbott Laboratories | Preuss Foster | 10/10/2025 | 11/10/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08566 | Doe [#112] v. Abbott Laboratories | Preuss Foster | 25; 10/10/2025 | 10/31/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08568 | Doe [#113] v. Abbott Laboratories | Preuss Foster | 10/10/2025 | 11/17/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08569 | Doe [#114] v. Abbott Laboratories | Preuss Foster | 11/21/2025 | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-08570 | Doe [#115] v. Abbott Laboratories | Preuss Foster | 11/21/2025 | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-08571 | Doe [#116] v. Abbott Laboratories | Preuss Foster | 25; 10/10/2025 | 11/3/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08573 | Doe [#117] v. Abbott Laboratories | Preuss Foster | 25; 10/10/2025 | 11/3/2025 | 11/24/2025 | N/A | Closed | |

| Case Number | Case Name | Firm | Date 1 | Date 2 | Date 3 | Date 4 | Status | Notes |
|---|---|---|---|---|---|---|---|---|
| 1:25-cv-08574 | Doe [#118] v. Abbott Laboratories | Preuss Foster | 11/21/2025 | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-08575 | Doe [#119] v. Abbott Laboratories | Preuss Foster | 11/21/2025 | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-08576 | Doe [#120] v. Abbott Laboratories | Preuss Foster | 11/21/2025 | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-08578 | Doe [#121] v. Abbott Laboratories | Preuss Foster | 10/31/2025 | 11/24/2025 | 12/4/2025 | N/A | Closed | |
| 1:25-cv-08583 | Doe [#122] v. Abbott Laboratories | Preuss Foster | 10/10/2025 | 11/3/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08582 | Doe [#123] v. Abbott Laboratories | Preuss Foster | 11/21/2025 | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-08585 | Doe [#124] v. Abbott Laboratories | Preuss Foster | 10/10/2025 | 11/3/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08587 | Doe [#125] v. Abbott Laboratories | Preuss Foster | 11/7/2025 | 11/10/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08589 | Doe [#126] v. Abbott Laboratories | Preuss Foster | 10/10/2025 | N/A | N/A | N/A | Open | Extension granted until 12/10/2025 |
| 1:25-cv-08588 | Doe [#127] v. Abbott Laboratories | Preuss Foster | 10/10/2025 | 11/3/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08590 | Doe [#128] v. Abbott Laboratories | Preuss Foster | 2/2025; 10/10/2 | N/A | N/A | N/A | Open | Extension granted until 12/10/2025 |
| 1:25-cv-08591 | Doe [#129] v. Abbott Laboratories | Tor Hoermann Law | 11/24/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08592 | Doe [#131] v. Abbott Laboratories | Tor Hoermann Law | 11/24/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08593 | Doe [#130] v. Abbott Laboratories | Tor Hoermann Law | 11/24/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08594 | Doe [#132] v. Abbott Laboratories | Tor Hoermann Law | 11/24/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08595 | Doe [#133] v. Abbott Laboratories | Tor Hoermann Law | 11/24/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08597 | Doe [#134] v. Abbott Laboratories | Tor Hoermann Law | 11/24/2025 | 11/24/2025 | 12/4/2025 | N/A | Closed | |
| 1:25-cv-08598 | Doe [#135] v. Abbott Laboratories | Tor Hoermann Law | N/A | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08599 | Doe [#136] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08600 | Doe [#137] v. Abbott Laboratories | Tor Hoermann Law | 11/24/2025 | | N/A | N/A | Open | Extension granted until 12/24/2025 |
| 1:25-cv-08631 | Doe [#138] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08633 | Doe [#139] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08634 | Doe [#140] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08635 | Doe [#141] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |

| 1:25-cv-08637 | Doe [#142] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
|---|---|---|---|---|---|---|---|---|
| 1:25-cv-08638 | Doe [#143] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08640 | Doe [#144] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08641 | Doe [#145] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08642 | Doe [#147] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | 12/3/2025 | N/A | N/A | Open | Extension granted until 12/12/2025 (it was included in motion but not part of caption and thus not included in Minute Order) |
| 1:25-cv-08643 | Doe [#146] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08646 | Doe [#148] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08647 | Doe [#149] v. Abbott Laboratories | Tor Hoermann Law | N/A | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08649 | Doe [#150] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08650 | Doe [#151] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08652 | Doe [#152] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08655 | Doe [#153] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08656 | Doe [#154] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08658 | Doe [#155] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08662 | Doe [#156] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08663 | Doe [#157] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08666 | Doe [#159] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-08667 | Doe [#158] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08671 | Doe [#160] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Liens Pending |

| Case No. | Case Name | Firm | | | | | Status | Notes |
|---|---|---|---|---|---|---|---|---|
| 1:25-cv-08672 | Doe [#161] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08673 | Doe [#162] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08675 | Doe [#163] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08677 | Doe [#164] v. Abbott Laboratories | Tor Hoermann Law | 11/25/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-08717 | Doe [#165] v. Abbott Laboratories | Aylstock Witkin Krie | 11/17/2025 | 11/17/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-08718 | Doe [#166] v. Abbott Laboratories | Morgan & Morgan | 9/12/2025 | 10/30/2025 | 11/3/2025 | N/A | Closed | |
| 1:25-cv-08729 | Doe [#167] v. Abbott Laboratories | Morgan & Morgan | 9/18/2025 | 11/3/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-08730 | Doe [#168] v. Abbott Laboratories | Morgan & Morgan | N/A | 11/3/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-08733 | Doe [#169] v. Abbott Laboratories | Morgan & Morgan | 9/18/2025 | N/A | N/A | N/A | Open | Counsel intends to file a Notice of Voluntary Dismissal |
| 1:25-cv-08734 | Doe [#170] v. Abbott Laboratories | Morgan & Morgan | 10/24/2025 | 11/3/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-08742 | Doe [#171] v. Abbott Laboratories | Morgan & Morgan | 9/15/2025 | 10/30/2025 | 11/3/2025 | N/A | Closed | |
| 1:25-cv-08743 | Doe [#172] v. Abbott Laboratories | Morgan & Morgan | 9/12/2025 | 10/17/2025 | 10/20/2025 | N/A | Closed | |
| 1:25-cv-08747 | Doe [#173] v. Abbott Laboratories | Morgan & Morgan | 10/16/2025 | 11/3/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-08748 | Doe [#174] v. Abbott Laboratories | Morgan & Morgan | 9/18/2025 | N/A | N/A | N/A | Open | Recent lien resolved - deadline has not run |
| 1:25-cv-08751 | Doe [#175] v. Abbott Laboratories | Morgan & Morgan | 10/24/2025 | 12/3/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-08752 | Doe [#176] v. Abbott Laboratories | Morgan & Morgan | 10/24/2025 | 12/3/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-08754 | Doe [#177] v. Abbott Laboratories | Morgan & Morgan | 9/18/2025 | N/A | N/A | N/A | Open | Counsel reports lien resolution pending. This is not on the filed LRA lien reports because counsel is working with outside vendor on private liens for their claimants |
| 1:25-cv-08755 | Doe [#178] v. Abbott Laboratories | Morgan & Morgan | 9/11/2025 | 10/17/2025 | 10/20/2025 | N/A | Closed | |
| 1:25-cv-08758 | Doe [#179] v. Abbott Laboratories | Morgan & Morgan | 9/11/2025 | 10/30/2025 | 11/3/2025 | N/A | Closed | |
| 1:25-cv-08762 | Doe [#180] v. Abbott Laboratories | Morgan & Morgan | 10/24/2025 | 11/3/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-08765 | Doe [#181] v. Abbott Laboratories | Morgan & Morgan | 10/24/2025 | 10/30/2025 | 11/3/2025 | N/A | Closed | |
| 1:25-cv-08764 | Doe [#182] v. Abbott Laboratories | Morgan & Morgan | 10/24/2025 | 10/30/2025 | 11/3/2025 | N/A | Closed | |
| 1:25-cv-08767 | Doe [#183] v. Abbott Laboratories | Morgan & Morgan | 9/11/2025 | N/A | N/A | N/A | Open | Counsel reports lien resolution pending. This is not on the filed LRA lien reports because counsel is working with outside vendor on private liens for their claimants |
| 1:25-cv-08768 | Doe [#184] v. Abbott Laboratories | Morgan & Morgan | 9/15/2025 | 12/1/2025 | 12/5/2025 | N/A | Closed | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1:25-cv-08769 | Doe [#185] v. Abbott Laboratories | Morgan & Morgan | 9/15/2025 | 10/30/2025 | 11/3/2025 | N/A | Closed | |
| 1:25-cv-08770 | Doe [#186] v. Abbott Laboratories | Morgan & Morgan | 9/11/2025 | N/A | N/A | N/A | Open | Lien resolved this week and Counsel intends to file Motion for approval this week |
| 1:25-cv-08774 | Doe [#187] v. Abbott Laboratories | Morgan & Morgan | 9/11/2025 | 10/17/2025 | 10/20/2025 | N/A | Closed | |
| 1:25-cv-08773 | Doe [#188] v. Abbott Laboratories | Morgan & Morgan | 9/15/2025 | 10/17/2025 | 10/20/2025 | N/A | Closed | |
| 1:25-cv-08877 | Doe [#189] v. Abbott Laboratories | Morgan & Morgan | 10/24/2025 | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-08880 | Doe [#190] v. Abbott Laboratories | Morgan & Morgan | 6/2025; 12/3/2 | 12/3/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-08885 | Doe [#191] v. Abbott Laboratories | Morgan & Morgan | 9/18/2025 | N/A | N/A | N/A | Open | Counsel reports lien resolution pending. This is not on the filed LRA lien reports because counsel is working with outside vendor on private liens for their claimants |
| 1:25-cv-08886 | Doe [#192] v. Abbott Laboratories | Morgan & Morgan | 10/16/2025 | N/A | N/A | N/A | Open | Liens were originally reported cleared but counsel request LRA to reopen and dispute to liens remain pending |
| 1:25-cv-08903 | Doe [#193] v. Abbott Laboratories | Morgan & Morgan | 9/15/2025 | 12/2/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-08904 | Doe [#195] v. Abbott Laboratories | Morgan & Morgan | 10/24/2025 | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-08905 | Doe [#194] v. Abbott Laboratories | Morgan & Morgan | 10/24/2025 | N/A | N/A | N/A | Open | Liens were originally reported cleared but counsel request LRA to reopen and dispute to liens remain pending |
| 1:25-cv-08906 | Doe [#196] v. Abbott Laboratories | Morgan & Morgan | 9/15/2025 | N/A | N/A | N/A | Open | Counsel reports lien resolution pending. This is not on the filed LRA lien reports because counsel is working with outside vendor on private liens for their claimants |
| 1:25-cv-08911 | Doe [#197] v. Abbott Laboratories | Morgan & Morgan | 9/15/2025 | 12/1/2025 | 12/5/2025 | N/A | Closed | |
| 1:25-cv-08912 | Doe [#198] v. Abbott Laboratories | Morgan & Morgan | 9/18/2025 | 10/30/2025 | 11/3/2025 | N/A | Closed | |
| 1:25-cv-08913 | Doe [#199] v. Abbott Laboratories | Morgan & Morgan | 10/24/2025 | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-08914 | Doe [#200] v. Abbott Laboratories | Morgan & Morgan | 10/16/2025 | N/A | N/A | N/A | Open | Liens Pending |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1:25-cv-08917 | Doe [#201] v. Abbott Laboratories | Morgan & Morgan | 9/15/2025 | N/A | N/A | N/A | Open | Counsel reports lien resolution pending. This is not on the filed LRA lien reports because counsel is working with outside vendor on private liens for their claimants |
| 1:25-cv-08918 | Doe [#203] v. Abbott Laboratories | Morgan & Morgan | 9/11/2025 | N/A | N/A | N/A | Open | Liens were originally reported cleared but counsel request LRA to reopen and dispute to liens remain pending |
| 1:25-cv-08919 | Doe [#202] v. Abbott Laboratories | Morgan & Morgan | 9/15/2025 | 12/2/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-08920 | Doe [#204] v. Abbott Laboratories | Morgan & Morgan | 9/12/2025 | 12/2/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-08927 | Doe [#205] v. Abbott Laboratories | Morgan & Morgan | 9/11/2025 | N/A | N/A | N/A | Open | Counsel reports lien resolution pending. This is not on the filed LRA lien reports because counsel is working with outside vendor on private liens for their claimants |
| 1:25-cv-08928 | Doe [#206] v. Abbott Laboratories | Morgan & Morgan | 10/24/2025 | N/A | N/A | N/A | Open | Liens were originally reported cleared but counsel request LRA to reopen and dispute to liens remain pending |
| 1:25-cv-08930 | Doe [#207] v. Abbott Laboratories | Morgan & Morgan | 9/18/2025 | 11/3/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-08929 | Doe [#208] v. Abbott Laboratories | Morgan & Morgan | 9/11/2025 | 10/30/2025 | 11/3/2025 | N/A | Closed | |
| 1:25-cv-08934 | Doe [#209] v. Abbott Laboratories | Morgan & Morgan | 9/15/2025 | 11/3/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-08936 | Doe [#210] v. Abbott Laboratories | Morgan & Morgan | 10/24/2025 | 11/3/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-08933 | Doe [#211] v. Abbott Laboratories | Morgan & Morgan | 10/16/2025 | 11/3/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-08935 | Doe [#212] v. Abbott Laboratories | Morgan & Morgan | 10/24/2025 | N/A | N/A | N/A | Open | Counsel intends to file a Notice of Voluntary Dismissal |
| 1:25-cv-08938 | Doe [#213] v. Abbott Laboratories | Morgan & Morgan | 9/11/2025 | N/A | N/A | N/A | Open | Recent lien resolved - deadline has not run |
| 1:25-cv-08939 | Doe [#214] v. Abbott Laboratories | Morgan & Morgan | 9/15/2025 | 12/2/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-08940 | Doe [#215] v. Abbott Laboratories | Morgan & Morgan | 9/12/2025 | N/A | N/A | N/A | Open | Counsel reports lien resolution pending. This is not on the filed LRA lien reports because counsel is working with outside vendor on private liens for their claimants |
| 1:25-cv-08941 | Doe [#216] v. Abbott Laboratories | Morgan & Morgan | 9/12/2025 | 11/12/2025 | 11/17/2025 | N/A | Closed | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1:25-cv-09016 | Doe [#217] v. Abbott Laboratories | Morgan & Morgan | 9/18/2025 | N/A | N/A | N/A | Open | Liens were originally reported cleared but counsel request LRA to reopen and dispute to liens remain pending |
| 1:25-cv-09017 | Doe [#218] v. Abbott Laboratories | Morgan & Morgan | 9/12/2025 | N/A | N/A | N/A | Open | Counsel reports lien resolution pending. This is not on the filed LRA lien reports because counsel is working with outside vendor on private liens for their claimants |
| 1:25-cv-09018 | Doe [#219] v. Abbott Laboratories | Morgan & Morgan | 9/12/2025 | 12/1/2025 | 12/5/2025 | N/A | Closed | |
| 1:25-cv-09019 | Doe [#220] v. Abbott Laboratories | Morgan & Morgan | 9/11/2025 | N/A | N/A | N/A | Open | Liens were originally reported cleared but counsel request LRA to reopen and dispute to liens remain pending |
| 1:25-cv-09020 | Doe [#221] v. Abbott Laboratories | Morgan & Morgan | 9/18/2025 | 11/3/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-09028 | Doe [#226] v. Abbott Laboratories | Morgan & Morgan | 10/24/2025 | 12/1/2025 | 12/5/2025 | N/A | Closed | |
| 1:25-cv-09026 | Doe [#223] v. Abbott Laboratories | Morgan & Morgan | 9/15/2025 | 11/3/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-09030 | Doe [#224] v. Abbott Laboratories | Morgan & Morgan | 9/11/2025 | 10/3/2025 | 10/6/2025 | N/A | Closed | |
| 1:25-cv-09027 | Doe [#225] v. Abbott Laboratories | Morgan & Morgan | 9/18/2025 | 11/3/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-09029 | Doe [#222] v. Abbott Laboratories | Morgan & Morgan | 9/11/2025 | 12/3/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-09034 | Doe [#230] v. Abbott Laboratories | Morgan & Morgan | 9/18/2025 | 12/3/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-09032 | Doe [#228] v. Abbott Laboratories | Morgan & Morgan | 9/11/2025 | 10/17/2025 | 10/20/2025 | N/A | Closed | |
| 1:25-cv-09033 | Doe [#229] v. Abbott Laboratories | Morgan & Morgan | 9/18/2025 | 11/3/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-09035 | Doe [#227] v. Abbott Laboratories | Morgan & Morgan | 10/16/2025 | 12/2/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-09036 | Doe [#231] v. Abbott Laboratories | Morgan & Morgan | 10/24/2025 | 10/30/2025 | 11/3/2025 | N/A | Closed | |
| 1:25-cv-09041 | Doe [#232] v. Abbott Laboratories | Morgan & Morgan | 9/18/2025 | 11/3/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-09042 | Doe [#233] v. Abbott Laboratories | Aylstock Witkin Kries & Overholtz | 11/2/2025 | 11/2/2025 | 11/14/2025 | N/A | Closed | |
| 1:25-cv-09235 | Doe [#234] v. Abbott Laboratories | Wagstaff and Cartmell | 10/9/2025 | N/A | N/A | N/A | Open | Counsel intends to file a Notice of Voluntary Dismissal |
| 1:25-cv-09236 | Doe [#235] v. Abbott Laboratories | Wagstaff and Cartmell | 10/9/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-09615 | Doe [#236] v. Abbott Laboratories | Dugan Law Firm | 11/24/2025 | 11/21/2025 | 12/4/2025 | N/A | Closed | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1:25-cv-09616 | Doe [#237] v. Abbott Laboratories | Dugan Law Firm | 11/24/2025 | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-09618 | Doe [#238] v. Abbott Laboratories | Aylstock Witkin Kries & Overholtz | N/A | N/A | N/A | N/A | Open | Counsel intends to file a Notice of Voluntary Dismissal |
| 1:25-cv-10164 | Doe [#239] v. Abbott Laboratories | CR Legal | 9/16/2025 | 10/31/2025 | 11/14/2025 | N/A | Closed | |
| 1:25-cv-10165 | Doe [#240] v. Abbott Laboratories | CR Legal | 9/16/2025 | 11/10/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-10166 | Doe [#241] v. Abbott Laboratories | CR Legal | 9/16/2025 | 11/10/2025 | 11/17/2025 | N/A | Closed | |
| 1:25-cv-10167 | Doe [#242] v. Abbott Laboratories | CR Legal | 9/16/2025 | N/A | N/A | N/A | Open | Extension granted through 12/17/2025 |
| 1:25-cv-10170 | Doe [#243] v. Abbott Laboratories | CR Legal | 9/16/2025 | 12/2/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-10169 | Doe [#244] v. Abbott Laboratories | CR Legal | 9/16/2025 | 11/3/2025 | 11/14/2025 | N/A | Closed | |
| 1:25-cv-10173 | Doe [#245] v. Abbott Laboratories | CR Legal | 9/16/2025 | 11/3/2025 | 11/14/2025 | N/A | Closed | |
| 1:25-cv-10174 | Doe [#246] v. Abbott Laboratories | CR Legal | 9/16/2025 | 10/31/2025 | 11/14/2025 | N/A | Closed | |
| 1:25-cv-10176 | Doe [#247] v. Abbott Laboratories | CR Legal | 9/16/2025 | 12/2/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-11707 | Doe [#248] v. Abbott Laboratories | Tinsman & Sciano | N/A | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-11708 | Doe [#249] v. Abbott Laboratories | Tinsman & Sciano | N/A | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-11710 | Doe [#250] v. Abbott Laboratories | Tinsman & Sciano | N/A | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-11709 | Doe [#251] v. Abbott Laboratories | Romano | 11/3/2025 | 11/19/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-11712 | Doe [#252] v. Abbott Laboratories | Romano | 12/2/2025 | 12/2/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-11713 | Doe [#253] v. Abbott Laboratories | Romano | N/A | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-11717 | Doe [#254] v. Abbott Laboratories | Romano | N/A | N/A | N/A | N/A | Open | Counsel intends to file a Notice of Voluntary Dismissal |
| 1:25-cv-11718 | Doe [#255] v. Abbott Laboratories | Romano | N/A | N/A | N/A | N/A | Open | Counsel intends to file a Notice of Voluntary Dismissal |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1:25-cv-11721 | Doe [#256] v. Abbott Laboratories | Romano | N/A | 11/3/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-11722 | Doe [#257] v. Abbott Laboratories | Romano | N/A | 11/14/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-11736 | Doe [#258] v. Abbott Laboratories | Romano | 11/19/2025 | 11/3/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-11737 | Doe [#259] v. Abbott Laboratories | Romano | 11/19/2025 | 11/3/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-11738 | Doe [#260] v. Abbott Laboratories | Romano | N/A | 11/3/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-11739 | Doe [#261] v. Abbott Laboratories | Romano | N/A | N/A | N/A | N/A | Open | Counsel intends to file a Notice of Voluntary Dismissal |
| 1:25-cv-11743 | Doe [#262] v. Abbott Laboratories | Romano | 11/19/2025 | 11/3/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-11742 | Doe [#263] v. Abbott Laboratories | Romano | N/A | N/A | N/A | N/A | Open | Recent lien resolved - deadline has not run |
| 1:25-cv-11744 | Doe [#265] v. Abbott Laboratories | Romano | N/A | 11/3/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-11745 | Doe [#264] v. Abbott Laboratories | Romano | N/A | 11/3/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-11753 | Doe [#266] v. Abbott Laboratories | Romano | 11/19/2025 | 11/3/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-11754 | Doe [#267] v. Abbott Laboratories | Romano | N/A | N/A | N/A | N/A | Open | Counsel intends to file a Notice of Voluntary Dismissal |
| 1:25-cv-11756 | Doe [#268] v. Abbott Laboratories | Romano | N/A | N/A | N/A | N/A | Open | Counsel intends to file a Notice of Voluntary Dismissal |
| 1:25-cv-11757 | Doe [#269] v. Abbott Laboratories | Romano | N/A | 11/3/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-11759 | Doe [#270] v. Abbott Laboratories | Romano | 11/19/2025 | 11/3/2025 | 11/24/2025 | N/A | Closed | |
| 1:25-cv-11760 | Doe [#271] v. Abbott Laboratories | Romano | 12/2/2025 | 12/2/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-11761 | Doe [#272] v. Abbott Laboratories | Romano | 11/21/2025 | 11/3/2025 | 12/4/2025 | N/A | Closed | |
| 1:25-cv-11762 | Doe [#273] v. Abbott Laboratories | Romano | N/A | 11/3/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-11765 | Doe [#274] v. Abbott Laboratories | Romano | N/A | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-11766 | Doe [#275] v. Abbott Laboratories | Romano | N/A | 11/3/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-11768 | Doe [#276] v. Abbott Laboratories | Romano | N/A | 11/3/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-11769 | Doe [#277] v. Abbott Laboratories | Romano | N/A | 11/3/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-11771 | Doe [#278] v. Abbott Laboratories | Romano | N/A | N/A | N/A | N/A | Open | Liens Pending |
| 1:25-cv-11772 | Doe [#279] v. Abbott Laboratories | Romano | N/A | N/A | N/A | N/A | Open | Counsel intends to file a Notice of Voluntary Dismissal |

| 1:25-cv-11776 | Doe [#280] v. Abbott Laboratories | Romano | 12/2/2025 | 12/2/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
|---|---|---|---|---|---|---|---|---|
| 1:25-cv-11777 | Doe [#281] v. Abbott Laboratories | Romano | N/A | 11/3/2025 | N/A | N/A | Open | Motion Filed - Needs Order |
| 1:25-cv-11778 | Doe [#282] v. Abbott Laboratories | Romano | N/A | N/A | N/A | N/A | Open | Counsel intends to file a Notice of Voluntary Dismissal |
| 1:25-cv-13545 | Doe [#283] v. Abbott Laboratories | CR Legal | 11/24/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-13546 | Doe [#284] v. Abbott Laboratories | CR Legal | 11/24/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-13547 | Doe [#285] v. Abbott Laboratories | CR Legal | 11/24/2025 | N/A | N/A | N/A | Open | Extension granted until 12/12/2025 |
| 1:25-cv-13550 | Doe [#286] v. Abbott Laboratories | CR Legal | 11/24/2025 | N/A | N/A | N/A | Open | Liens Pending |