**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE: RECALLED ABBOTT INFANT** | ) | |
| **FORMULA PRODUCTS LIABILITY** | ) | Case No. 22 C 4148 |
| **LITIGATION** | ) | MDL No. 3037 |
| | ) | |
| **This Document Relates To:** | ) | Hon. Judge Matthew F. Kennelly |
| **All Cases** | ) | |

**STATUS REPORT
FOR THE DECEMBER 11, 2025 CASE MANAGEMENT CONFERENCE**

In advance of the case management conference to be held by video on December 11, 2025 at 10:30 a.m., CST, *see* ECF No. 393, PSC II provides the Rossick Plaintiffs' Hit Report as Appendix A and the Pelizzaro Plaintiffs' Hit Report as Appendix B.

The Parties are continuing to discuss the issues and will promptly notify the Court if they are able to reach a resolution prior to Thursday's conference.

December 8, 2025

*/s/ Marc Matthews*
Marc Matthews (*pro hac vice*)
McIntyre Thanasides Bringgold Elliott
Grimaldi & Guito, P.A.
1228 E. 7th Avenue, Suite 200
Tampa, FL 33605
(813) 530-1000

Thomas J. Preuss (*pro hac vice*)
PREUSS | FOSTER
11141 Overbrook Road, Ste. 104
Leawood, KS 66211
Ph: 816-307-2788
Fax: 816-336-9705
tjpreuss@pflaw.com

Claudia I. Guerrero *(pro hac vice)*
DILLEY LAW FIRM, P.C.
315 E. Commerce St., Ste. 203
San Antonio, Texas 78205

Telephone: (210) 225-0111
Facsimile: (210) 228-0493
claudia@dilleylawfirm.com

Daniel J. T. Sciano (pro hac vice)
10107 McAllister Freeway
San Antonio, TX 78216
Telephone: (210) 225-3121
Facsimile: (210) 225-6235
dsciano@tsslawyers.com

*PSC II*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 8, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system and/or by e-mail.

*/s/ Lisha Bowen*
Lisha Bowen