## Appendix A

| Keywords | 8/1/21-12/30/22 |
|---|---|
| Abbott | 6 |
| Formula | 18 |
| Salmonella | 15 |
| Cronobacter | 0 |
| Meningitis | 24 |
| Similac | 0 |
| Elecare | 4 |
| Alimentum | 0 |
| FDA | 5 |
| CDC | 4 |
| Health Department | 2 |
| Recall | 12 |
| Carissa | 0 |
| Amazon AND (Formula OR EleCare OR [child's first name] OR "A.G." OR "AG")" | 1 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Brain! OR Seiz! OR Formula)" | 20 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Surgery OR Surgeon OR Neuro! OR Hearing OR Blind!)" | 14 |
| "Helena Bottemiller Evich" | 0 |
| Politico | 1 |
| ("Physical" OR "Speech" OR "Occupational" OR "Aqua" OR "PT" OR "OT") AND ([child's first name] OR "A.G." OR "AG") AND ("bill!" OR "cost!" OR "pay!") | 0 |

| Keywords | 8/1/21-12/30/22 |
|---|---|
| Abbott | 0 |
| Formula | 0 |
| Salmonella | 0 |
| Cronobacter | 0 |
| Meningitis | 2 |
| Similac | 2 |
| Elecare | 0 |
| Alimentum | 0 |
| FDA | 0 |
| CDC | 0 |
| Health Department | 0 |
| Recall | 2 |
| Carissa | 0 |
| Amazon AND (Formula OR EleCare OR [child's first name] OR "A.G." OR "AG")" | 0 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Brain! OR Seiz! OR Formula)" | 0 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Surgery OR Surgeon OR Neuro! OR Hearing OR Blind!)" | 0 |
| "Helena Bottemiller Evich" | 0 |
| Politico | 0 |
| ("Physical" OR "Speech" OR "Occupational" OR "Aqua" OR "PT" OR "OT") AND ([child's first name] OR "A.G." OR "AG") AND ("bill!" OR "cost!" OR "pay!") | 0 |

| Keywords | 8/1/21-12/30/22 |
|---|---|
| Abbott | 0 |
| Formula | 0 |
| Salmonella | 1 |
| Cronobacter | 0 |
| Meningitis | 1 |
| Similac | 0 |
| Elecare | 0 |
| Alimentum | 0 |
| FDA | 0 |
| CDC | 0 |
| Health Department | 0 |
| Recall | 0 |
| Carissa | 0 |
| Amazon AND (Formula OR EleCare OR [child's first name] OR "A.G." OR "AG")" | 0 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Brain! OR Seiz! OR Formula)" | 0 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Surgery OR Surgeon OR Neuro! OR Hearing OR Blind!)" | 0 |
| "Helena Bottemiller Evich" | 0 |
| Politico | 0 |
| ("Physical" OR "Speech" OR "Occupational" OR "Aqua" OR "PT" OR "OT") AND ([child's first name] OR "A.G." OR "AG") AND ("bill!" OR "cost!" OR "pay!") | 0 |

| Keywords | 8/1/21-12/30/22 |
|---|---|
| Abbott | 54 |
| Formula | 149 |
| Salmonella | 86 |
| Cronobacter | 16 |
| Meningitis | 74 |
| Similac | 10 |
| Elecare | 22 |
| Alimentum | 1 |
| FDA | 77 |
| CDC | 5 |
| Health Department | 2 |
| Recall | 53 |
| Carissa | 1 |
| Amazon AND (Formula OR EleCare OR [child's first name] OR "A.G." OR "AG")" | 3 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Brain! OR Seiz! OR Formula)" | 21 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Surgery OR Surgeon OR Neuro! OR Hearing OR Blind!)" | 11 |
| "Helena Bottemiller Evich" | 1 |
| Politico | 29 |
| ("Physical" OR "Speech" OR "Occupational" OR "Aqua" OR "PT" OR "OT") AND ([child's first name] OR "A.G." OR "AG") AND ("bill!" OR "cost!" OR "pay!") | 0 |

| Keywords | 2023 | 2024 | 1 Jan 2025-Sep 2025 |
|---|---|---|---|
| Abbott | 8 | 1 | 2 |
| Formula | 28 | 9 | 25 |
| Salmonella | 1 | 0 | 0 |
| Cronobacter | 0 | 0 | 0 |
| Meningitis | 1 | 0 | 0 |
| Similac | 0 | 0 | 0 |
| Elecare | 0 | 0 | 0 |
| Alimentum | 0 | 0 | 0 |
| FDA | 2 | 0 | 0 |
| CDC | 1 | 1 | 0 |
| Health Department | 0 | 0 | 0 |
| Recall | 12 | 5 | 11 |
| Carissa | 0 | 0 | 0 |
| Amazon AND (Formula OR EleCare OR [child's first name] OR "A.G." OR "AG")" | 0 | 0 | 0 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Brain! OR Seiz! OR Formula)" | 2 | 2 | 0 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Surgery OR Surgeon OR Neuro! OR Hearing OR Blind!)" | 4 | 4 | 0 |
| "Helena Bottemiller Evich" | 0 | 0 | 0 |
| Politico | 0 | 0 | 0 |
| ("Physical" OR "Speech" OR "Occupational" OR "Aqua" OR "PT" OR "OT") AND ([child's first name] OR "A.G." OR "AG") AND ("bill!" OR "cost!" OR "pay!") | 0 | 0 | 0 |

| Keywords | 2023 | 2024 | 1 Jan 2025-Sep 2025 |
|---|---|---|---|
| Abbott | 7 | 15 | 11 |
| Formula | 23 | 35 | 15 |
| Salmonella | 0 | 5 | 6 |
| Cronobacter | 4 | 0 | 0 |
| Meningitis | 3 | 8 | 2 |
| Similac | 1 | 1 | 0 |
| Elecare | 0 | 1 | 0 |
| Alimentum | 1 | 0 | 0 |
| FDA | 12 | 5 | 6 |
| CDC | 0 | 1 | 0 |
| Health Department | 0 | 0 | 0 |
| Recall | 9 | 7 | 9 |
| Carissa | 0 | 0 | 0 |
| Amazon AND (Formula OR EleCare OR [child's first name] OR "A.G." OR "AG")" | 0 | 1 | 0 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Brain! OR Seiz! OR Formula)" | 4 | 7 | 5 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Surgery OR Surgeon OR Neuro! OR Hearing OR Blind!)" | 8 | 8 | 3 |
| "Helena Bottemiller Evich" | 0 | 0 | 0 |
| Politico | 1 | 0 | 0 |
| "Aqua" OR "PT" OR "OT") AND ([child's first name] OR "A.G." OR "AG") AND ("bill!" OR "cost!" OR "pay!") | 0 | 0 | 0 |

| Keywords | 2023 | 2024 | 1 Jan 2025-Sep 2025 |
|---|---|---|---|
| Abbott | 0 | 0 | 0 |
| Formula | 0 | 0 | 0 |
| Salmonella | 0 | 0 | 0 |
| Cronobacter | 0 | 0 | 0 |
| Meningitis | 0 | 0 | 0 |
| Similac | 0 | 0 | 0 |
| Elecare | 0 | 0 | 0 |
| Alimentum | 0 | 0 | 0 |
| FDA | 0 | 0 | 0 |
| CDC | 0 | 0 | 0 |
| Health Department | 0 | 0 | 0 |
| Recall | 0 | 0 | 0 |
| Carissa | 0 | 0 | 0 |
| Amazon AND (Formula OR EleCare OR [child's first name] OR "A.G." OR "AG")" | 0 | 1 | 0 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Brain! OR Seiz! OR Formula)" | 0 | 0 | 0 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Surgery OR Surgeon OR Neuro! OR Hearing OR Blind!)" | 0 | 0 | 0 |
| "Helena Bottemiller Evich" | 0 | 0 | 0 |
| Politico | 0 | 0 | 0 |
| ("Physical" OR "Speech" OR "Occupational" OR "Aqua" OR "PT" OR "OT") AND ([child's first name] OR "A.G." OR "AG") AND ("bill!" OR "cost!" OR "pay!") | 0 | 0 | 0 |

| Keywords | 2023 | 2024 | 1 Jan 2025-Sep 2025 |
|---|---|---|---|
| Abbott | 22 | 20 | 22 |
| Formula | 48 | 40 | 29 |
| Salmonella | 3 | 6 | 12 |
| Cronobacter | 8 | 0 | 0 |
| Meningitis | 21 | 9 | 6 |
| Similac | 2 | 2 | 0 |
| Elecare | 3 | 1 | 3 |
| Alimentum | 22 | 0 | 0 |
| FDA | 13 | 7 | 14 |
| CDC | 2 | 1 | 2 |
| Health Department | 0 | 0 | 0 |
| Recall | 17 | 8 | 19 |
| Carissa | 0 | 0 | 0 |
| Amazon AND (Formula OR EleCare OR [child's first name] OR "A.G." OR "AG")" | 0 | 2 | 0 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Brain! OR Seiz! OR Formula)" | 11 | 8 | 8 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Surgery OR Surgeon OR Neuro! OR Hearing OR Blind!)" | 10 | 9 | 8 |
| "Helena Bottemiller Evich" | 0 | 0 | 0 |
| Politico | 1 | 0 | 0 |
| ("Physical" OR "Speech" OR "Occupational" OR "Aqua" OR "PT" OR "OT") AND ([child's first name] OR "A.G." OR "AG") AND ("bill!" OR "cost!" OR "pay!") | 0 | 0 | 0 |

| | | | |
|---|---|---|---|
| **Project Name:** | 9 McIntyre (Number of Document | **Number of Document** | 5288 |
| **Document Family:** | s and Attachm | **Review Burden:** | 246 |
| | | **Family Review Burden** | 260 |
| | | **Email Count:** | **242** |

| Search Term | Document Hit Count | Family Document Hit Count | Unique Document Hit Count |
|---|---|---|---|
| ( Abbott OR Abbot OR Abott ) | 21 | 21 | 3 |
| Formula | 71 | 71 | 30 |
| Salmonella | 44 | 52 | 3 |
| Cronobacter | 0 | 0 | 0 |
| Meningitis | 58 | 58 | 12 |
| Similac | 6 | 6 | 2 |
| Elecare | 22 | 24 | 7 |
| Alimentum | 0 | 0 | 0 |
| FDA | 34 | 34 | 25 |
| CDC | 8 | 8 | 1 |
| "Health Department" | 0 | 0 | 0 |
| Recall | 9 | 9 | 0 |
| Carissa | 0 | 0 | 0 |
| Amazon AND ( Formula OR EleCare OR Arya OR "A.G." OR AG ) | 18 | 18 | 4 |
| ( Arya OR Rae OR AG OR "A.G." ) AND ( Brain* OR Seiz* OR Formula ) | 57 | 57 | 17 |
| ( Arya OR Rae OR AG OR "A.G." ) AND ( Surgery OR Surgeon OR Neuro* OR Hearing OR Blind* ) | 67 | 71 | 43 |
| "Helena Bottemiller Evich" OR Politico | 8 | 8 | 1 |
| ( Physical OR Speech OR Occupational OR Aqua OR PT OR OT ) AND ( Arya OR "A.G." OR AG ) AND ( bill* OR cost* OR pay* ) | 4 | 4 | 4 |

| Search Term | 08/01/2021 - 12/30/2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|
| (Abbott OR Abbot OR Abott) | 0 | 0 | 0 | 0 |
| Formula | 2 | 0 | 0 | 0 |
| Salmonella | 2 | 0 | 1 | 0 |
| Cronobacter | 0 | 0 | 1 | 0 |
| Meningitis | 23 | 0 | 0 | 0 |
| Similac | 0 | 0 | 0 | 0 |
| Elecare | 0 | 0 | 0 | 0 |
| Alimentum | 0 | 0 | 0 | 0 |
| FDA | 0 | 0 | 0 | 0 |
| CDC | 0 | 0 | 0 | 0 |
| "Health Department" | 0 | 0 | 0 | 0 |
| Recall | 0 | 0 | 1 | 0 |
| "Carissa" | 0 | 0 | 0 | 0 |
| "Amazon AND (Formula OR EleCare OR [child's first name] OR "A.G." OR "AG")" | 0 | 0 | 0 | 0 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Brain! OR Seiz! OR Formula)" | 13 | 1 | 1 | 0 |
| "A.G.") AND (Surgery OR Surgeon OR Neuro! OR Hearing OR Blind!)" | 13 | 0 | 0 | 0 |
| "Helena Bottemiller Evich" OR "Politico" | 0 | 0 | 0 | 0 |
| ("Physical" OR "Speech" OR "Occupational" OR "Aqua" OR "PT" OR "OT") AND ([child's first name] OR "A.G." OR "AG") AND ("bill!" OR "cost!" OR "pay!") | 0 | 0 | 0 | 0 |

| Search Term | Count |
|---|---|
| (Abbott OR Abbot OR Abott) | 0 |
| Formula | 4 |
| Salmonella | 8 |
| Cronobacter | 0 |
| Meningitis | 43 |
| Similac | 0 |
| Elecare | 4 |
| Alimentum | 2 |
| FDA | 1 |
| CDC | 0 |
| "Health Department" | 0 |
| Recall | 2 |
| "Carissa" | 0 |
| "Amazon AND (Formula OR EleCare OR [child's first name] OR "A.G." OR "AG")" | 0 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Brain! OR Seiz! OR Formula)" | 16 |
| "([child's first name] OR [child's middle name] OR "AG" OR "A.G.") AND (Surgery OR Surgeon OR Neuro! OR Hearing OR Blind!)" | 4 |
| "Helena Bottemiller Evich" OR "Politico" | 0 |
| ("Physical" OR "Speech" OR "Occupational" OR "Aqua" OR "PT" OR "OT") AND ([child's first name] OR "A.G." OR "AG") AND ("bill!" OR "cost!" OR "pay!") | 1 |