Appendix B



## Preuss Foster Law - Pelizzaro

### Search Terms Report

**Report Name:** Term Hits - 2021      **Searchable Set:** All Docs - 2021 for STR



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
| --- | --- | --- | --- |
| 2,820 | 100 | 255 | 2,720 |





## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| ("Hampton Village" W/5 Target) AND (Formula OR Similac OR Stella OR "S.P." OR "SP") | 0 | 0 | 0 |
| (Abbott OR Abbot OR Abott) | 0 | 0 | 0 |
| (Physical OR Speech OR Occupational OR "PT" OR "OT") AND (Stella OR "S.P." OR "SP") AND (bill* OR cost* OR pay*) | 1 | 2 | 0 |
| (Stella OR "S.P." OR "SP") AND (Surgery OR Surgeon OR Neuro*) | 40 | 118 | 25 |
| (Stella OR "S.P." OR "SP") AND Brain OR Seiz* | 52 | 133 | 22 |
| Alimentum | 0 | 0 | 0 |
| CDC | 5 | 15 | 1 |
| Cronobacter | 0 | 0 | 0 |
| Elecare | 0 | 0 | 0 |
| FDA | 0 | 0 | 0 |
| Formula | 13 | 49 | 3 |
| Meningitis | 30 | 76 | 6 |
| Recall | 0 | 0 | 0 |
| Salmonella | 19 | 52 | 3 |
| Similac | 2 | 9 | 0 |
| Target AND (Formula OR Similac OR Stella OR "S.P." OR "SP") | 4 | 26 | 4 |

**Report Generated:**     12/05/25 2:02:08 PM     Page 1 of 1



## Preuss Foster Law - Pelizzaro

### Search Terms Report

**Report Name:** Term Hits - 2022      **Searchable Set:** All Docs - 2022 for STR

### Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---|---|---|---|
| 3,432 | 128 | 273 | 3,304 |





## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| ("Hampton Village" W/5 Target) AND (Formula OR Similac OR Stella OR "S.P." OR "SP") | 0 | 0 | 0 |
| (Abbott OR Abbot OR Abott) | 11 | 29 | 0 |
| (Physical OR Speech OR Occupational OR "PT" OR "OT") AND (Stella OR "S.P." OR "SP") AND (bill* OR cost* OR pay*) | 8 | 17 | 3 |
| (Stella OR "S.P." OR "SP") AND (Surgery OR Surgeon OR Neuro*) | 34 | 79 | 21 |
| (Stella OR "S.P." OR "SP") AND Brain OR Seiz* | 2 | 3 | 0 |
| Alimentum | 0 | 0 | 0 |
| CDC | 9 | 29 | 9 |
| Cronobacter | 21 | 32 | 0 |
| Elecare | 0 | 0 | 0 |
| FDA | 34 | 62 | 2 |
| Formula | 52 | 126 | 14 |
| Meningitis | 6 | 20 | 2 |
| Recall | 9 | 25 | 0 |
| Salmonella | 24 | 36 | 0 |
| Similac | 13 | 21 | 4 |
| Target AND (Formula OR Similac OR Stella OR "S.P." OR "SP") | 27 | 56 | 17 |

**Report Generated:**    12/05/25 2:02:47 PM                                Page 1 of 1



**Preuss Foster Law - Pelizzaro**

**Search Terms Report**

**Report Name:** Term Hits - 2023          **Searchable Set:** All Docs - 2023 for STR

### Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---|---|---|---|
| 4,351 | 79 | 127 | 4,272 |





## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| ("Hampton Village" W/5 Target) AND (Formula OR Similac OR Stella OR "S.P." OR "SP") | 1 | 2 | 0 |
| (Abbott OR Abbot OR Abott) | 45 | 53 | 3 |
| (Physical OR Speech OR Occupational OR "PT" OR "OT") AND (Stella OR "S.P." OR "SP") AND (bill* OR cost* OR pay*) | 8 | 20 | 7 |
| (Stella OR "S.P." OR "SP") AND (Surgery OR Surgeon OR Neuro*) | 36 | 48 | 0 |
| (Stella OR "S.P." OR "SP") AND Brain OR Seiz* | 18 | 30 | 4 |
| Alimentum | 4 | 8 | 0 |
| CDC | 8 | 22 | 2 |
| Cronobacter | 36 | 50 | 0 |
| Elecare | 4 | 8 | 0 |
| FDA | 41 | 54 | 0 |
| Formula | 49 | 71 | 2 |
| Meningitis | 6 | 12 | 0 |
| Recall | 11 | 28 | 0 |
| Salmonella | 45 | 64 | 1 |
| Similac | 19 | 36 | 0 |
| Target AND (Formula OR Similac OR Stella OR "S.P." OR "SP") | 23 | 37 | 7 |

**Report Generated:**   12/05/25 2:03:05 PM                   Page 1 of 1



## Preuss Foster Law - Pelizzaro

### Search Terms Report

**Report Name:** Term Hits - 2024     **Searchable Set:** All Docs - 2024 for STR

### Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---|---|---|---|
| 6,712 | 69 | 195 | 6,643 |





## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| ("Hampton Village" W/5 Target) AND (Formula OR Similac OR Stella OR "S.P." OR "SP") | 0 | 0 | 0 |
| (Abbott OR Abbot OR Abott) | 15 | 44 | 3 |
| (Physical OR Speech OR Occupational OR "PT" OR "OT") AND (Stella OR "S.P." OR "SP") AND (bill* OR cost* OR pay*) | 6 | 10 | 0 |
| (Stella OR "S.P." OR "SP") AND (Surgery OR Surgeon OR Neuro*) | 26 | 61 | 21 |
| (Stella OR "S.P." OR "SP") AND Brain OR Seiz* | 15 | 64 | 4 |
| Alimentum | 0 | 0 | 0 |
| CDC | 2 | 3 | 2 |
| Cronobacter | 1 | 2 | 0 |
| Elecare | 0 | 0 | 0 |
| FDA | 2 | 6 | 0 |
| Formula | 16 | 52 | 4 |
| Meningitis | 8 | 16 | 0 |
| Recall | 11 | 22 | 3 |
| Salmonella | 12 | 22 | 0 |
| Similac | 7 | 12 | 0 |
| Target AND (Formula OR Similac OR Stella OR "S.P." OR "SP") | 18 | 68 | 11 |

**Report Generated:**       12/05/25 2:03:17 PM                                                    Page 1 of 1



## Preuss Foster Law - Pelizzaro

### Search Terms Report

**Report Name:** Term Hits - 2025          **Searchable Set:** All Docs - 2025 for STR

### Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---|---|---|---|
| 12,423 | 102 | 152 | 12,321 |





## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| ("Hampton Village" W/5 Target) AND (Formula OR Similac OR Stella OR "S.P." OR "SP") | 0 | 0 | 0 |
| (Abbott OR Abbot OR Abott) | 41 | 51 | 8 |
| (Physical OR Speech OR Occupational OR "PT" OR "OT") AND (Stella OR "S.P." OR "SP") AND (bill* OR cost* OR pay*) | 46 | 68 | 17 |
| (Stella OR "S.P." OR "SP") AND (Surgery OR Surgeon OR Neuro*) | 18 | 26 | 12 |
| (Stella OR "S.P." OR "SP") AND Brain OR Seiz* | 17 | 46 | 10 |
| Alimentum | 0 | 0 | 0 |
| CDC | 1 | 1 | 0 |
| Cronobacter | 0 | 0 | 0 |
| Elecare | 0 | 0 | 0 |
| FDA | 3 | 4 | 3 |
| Formula | 13 | 19 | 7 |
| Meningitis | 22 | 31 | 0 |
| Recall | 10 | 15 | 2 |
| Salmonella | 23 | 32 | 0 |
| Similac | 2 | 4 | 0 |
| Target AND (Formula OR Similac OR Stella OR "S.P." OR "SP") | 6 | 6 | 2 |