# Exhibit A

## ABBOTT LABORATORIES' INITIAL EXCHANGE OF
## POTENTIAL THIRD-PARTY DEPONENTS

Pursuant to Section V.C ¶ 22 of Case Management Order No. 23 (Dkt. 302), Defendant Abbott Laboratories ("Abbott") hereby serves its initial list of potential case-specific third-party witnesses and, for each party, the information provided for in Federal Rule of Civil Procedure 26(1)(A)(i), to the extent presently known. Fed. R. Civ. P. 26(1)(A)(i) ("[T]he name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment."). This preliminary list is based upon Abbott's investigation of Plaintiffs' claims and discovery produced to date, which is ongoing. Abbott reserves the right to correct, modify, and/or supplement its initial list or to seek to depose any individual on Plaintiffs' lists. *See* CMO No. 23, Section V.C ¶ 22.[1]

A.  *Hernandez v. Abbott Laboratories*, No. 1:22-cv-04423

| Name | Address and Telephone Number | Potential Topics |
|---|---|---|
| One or more of the following caretakers:<br><br>Jose Armando Ramirez<br><br>Alma Winn | Jose Armando Ramirez<br><br>████████████████<br><br>Alma Winn<br>Unknown | Care for and feeding of A.R.; A.R.'s home environment; A.R.'s medical history and development; A.R.'s illness and alleged injuries; communications with Plaintiff and other witnesses; Plaintiff's alleged mental and physical injuries |

---

[1] Abbott also reserves all rights with respect to the total number of third-party depositions permitted in each case by the Court, which has not yet been determined. This preliminary list is not intended to address that issue and the number of potential deponents that Abbott identifies here should not be taken as relevant to its position, which the parties are conferring about separately. Abbott denies that each individual listed herein will ultimately need to be deposed.

| Name | Address and Telephone Number | Potential Topics |
|---|---|---|
| Deena E. Sutter, MD | University Hospital 4502 Medical Drive San Antonio, TX 78229 210-358-4000 | Medical care provided to A.R. and associated medical records; A.R.'s illness and alleged injuries; communications with federal, state, and/or local agencies regarding A.R.'s illness and alleged injuries; A.R.'s formula and investigation(s) into the same |
| J.B. Cantey, MD, MPH | University Hospital 4502 Medical Drive San Antonio, TX 78229 210-358-4000 | Medical care provided to A.R. and associated medical records; A.R.'s illness and alleged injuries; communications with federal, state, and/or local agencies regarding A.R.'s illness and alleged injuries; A.R.'s formula and investigation(s) into the same |
| Heather M. Woodall, FNP | University Health 510 Med Ct, Ste 210 San Antonio, TX, 78258 210-381-5805 | Plaintiff's health, medical conditions, and prenatal care |
| Representative of Texas Department of State Health Services | 1100 West 49th Street Austin, TX 78756-3199 512-776-7111 | Investigation into A.R.'s illness and alleged injuries; investigation into A.R.'s formula |

2

**B.**     *Pelizzaro v. Abbott Laboratories*, No. 1:23-cv-04833

| Name | Address and Telephone Number | Potential Topics |
|---|---|---|
| One or more of the following caretakers:<br><br>Connie Henkey<br><br>Tom Pelizzaro<br><br>Krista Pelizzaro<br><br>Jeff Pelizzaro<br><br>Susan Pelizzaro<br><br>Gina Nicastro | Connie Henkey<br>Unknown<br><br>Tom Pelizzaro<br>Unknown<br><br>Krista Pelizzaro<br>Unknown<br><br>Jeff Pelizzaro<br>Unknown<br><br>Susan Pelizzaro<br>Unknown<br><br>Gina Nicastro<br>Unknown | Care for and feeding of S.P.; S.P.'s home environment; S.P.'s medical history and development; S.P.'s illness and alleged injuries; communications with Plaintiffs and other witnesses; Plaintiffs' alleged mental and physical injuries |
| Libby Crider | 2nd Shift Brewing<br>1601 Sublette<br>St. Louis, MO | Plaintiff Scott Pelizzaro's employment and alleged lost wages claim |
| One or more of the following preschool teachers:<br><br>Angela Mason<br><br>Anna Jones<br><br>Mary Grace Ruggeri | Sacred Heart Villa<br>2108 Macklind Ave<br>St. Louis, MO 63110<br>314-771-2224 | S.P.'s developmental progress |
| Karen L. Whiteside, MD | Southwest Pediatrics (WUCA)<br>6526 Lansdowne Avenue<br>St. Louis, MO 63109<br>314-353-8777 | Medical care provided to S.P. and associated medical records; S.P.'s illness and alleged injuries; communications with Plaintiffs and other witnesses; S.P.'s alleged ongoing injuries |
| Aaron S. Miller, MD | Barnes-Jewish Hospital<br>1465 S Grand Blvd, Saint Louis, MO<br>314-268-4070 | Medical care provided to S.P. and associated medical records; S.P.'s illness and alleged injuries; communications with Plaintiffs and other witnesses |

3

| Name | Address and Telephone Number | Potential Topics |
|---|---|---|
| Katie Bayer, RN | SSM Health Cardinal Glennon Children's Hospital 1465 S Grand Blvd St. Louis, MO 63104 314-577-5600 | Medical care provided to S.P. and associated medical records; S.P.'s illness and alleged injuries; communications with Plaintiffs and other witnesses |
| Jeremy S. Garrett, MD | SSM Health Cardinal Glennon Children's Hospital 1465 S Grand Blvd St. Louis, MO 63104 314-577-5600 | Medical care provided to S.P. and associated medical records; S.P.'s illness and alleged injuries; communications with Plaintiffs and other witnesses; communications with federal, state, and/or local agencies regarding S.P.'s illness and alleged injuries |
| Philippe J. Mercier, MD | SLUCare Physician Group 1225 S. Grand Blvd., Second Level St. Louis, MO 63104 314-617-3420 | Medical care provided to S.P. and associated medical records; S.P.'s illness and alleged injuries; communications with Plaintiffs and other witnesses; S.P.'s alleged ongoing injuries |

**C.** *Rossick v. Abbott Laboratories*, No. 1:23-cv-03401

| Name | Address and Telephone Number | Potential Topics |
|---|---|---|
| One or more of the following caretakers: Katrina Hatfield Andrea Katz Vicky Nunez Robert Rossick Brian Rossick Beth Pisno | Katrina Hatfield ████████ Andrea Katz ████████ Vicky Nunez ████████ | Care for and feeding of A.G.; A.G..'s home environment; A.G.'s medical history and development; A.G.'s illness and alleged injuries; communications with Plaintiffs and other witnesses; Plaintiffs' alleged mental and physical injuries |

4

| Name | Address and Telephone Number | Potential Topics |
|---|---|---|
| | Robert Rossick <br><br> ██████████ <br><br> Brian Rossick <br><br> ██████████ <br><br> Beth Pisno <br><br> ██████████ | |
| Jeff Bostick | 3714 DMG Drive Lakeland, Florida 33811 | Plaintiff Jacob Goding's employment and alleged lost wages claim |
| Lisa A. Dinh, MD | Lakeside Pediatrics 2929 Lakeland Hills Blvd Lakeland, FL 33805 863-688-3550 | Medical care provided to A.G. and associated medical records; A.G.'s illness and alleged injuries; communications with Plaintiffs and other witnesses |
| Matthew W. Thomas, MD | Johns Hopkins All Childrens Hospital Pediatric ID 601 5th St S Saint Petersburg, FL 33701 727-767-4160 | Medical care provided to A.G. and associated medical records; A.G.'s illness and alleged injuries; communications with Plaintiffs and other witnesses |
| Clifford L. Wu, MD | Lakeland Regional Health Medical Center 1324 Lakeland Hills Boulevard Lakeland, FL 33805 863-680-7000 | Medical care provided to A.G. and associated medical records; A.G.'s illness and alleged injuries; communications with Plaintiffs and other witnesses |
| Belinda Gavino, MD | AdventHealth Medical Group Family Medicine 6325 US Hwy 27 N, Suite 201 Sebring, FL 33870 863-382-9600 | Plaintiff Deborah Rossick's alleged physical and psychological injuries |

5

| Name | Address and Telephone Number | Potential Topics |
|---|---|---|
| Megan Carey, LCSW | Mended Mind Therapy LLC Saint Petersburg, FL 33702 727-761-6429 | Plaintiff Deborah Rossick's alleged physical and psychological injuries |

**D.** *Rousselle v. Abbott Laboratories*, No. 1:23-cv-00931

| Name | Address and Telephone Number | Potential Topics |
|---|---|---|
| Amy E. Matherne, MD | 6517 Spanish Fort Blvd New Orleans, LA 70124 504-283-7306 | Dr. Matherne's March 12, 2025 letter; K.R.'s medical history and care and Dr. Matherne's involvement in same; K.R.'s nutrition and formula consumption; K.R.'s illnesses, alleged injuries, and medical condition; communications with Plaintiffs and/or their counsel or other witnesses |
| Allison Cragin, MD | Ochsner Children's Health Center 1315 Jefferson Hwy New Orleans, LA 70121 504-842-3900 | K.R.'s medical history and care and Dr. Cragin's involvement in same; K.R.'s nutrition and formula consumption; K.R.'s illnesses, alleged injuries, and medical condition; communications with Plaintiffs and/or their counsel or other witnesses |

6

| Name | Address and Telephone Number | Potential Topics |
|---|---|---|
| One or more of the following treating providers from K.R.'s hospitalizations:<br><br>Anne V. Marsala, MD<br><br>Emily Nichols, MD<br><br>Alexandra T. Wright, MD<br><br>Seth McVea, MD<br><br>Jourdan A. Keen, RD | Anne V. Marsala, MD<br>3601 The Vanderbilt Clinic<br>Nashville, TN 37232<br>615-322-3000<br><br>Emily Nichols, MD<br>1514 Jefferson Hwy<br>New Orleans, LA, 70121<br>504-842-3460<br><br>Alexandra T. Wright, MD<br>Ochsner Hospital for Children<br>1514 Jefferson Hwy<br>New Orleans, LA 70121<br>504-842-3669<br><br>Seth McVea, MD<br>St. Tammany Pediatrics and ExpressCare Mandeville Clinic<br>3663 U.S. Hwy 190<br>Mandeville, LA 70471<br>985-898-4001<br><br>Jourdan A. Keen, RD<br>Children's Hospital New Orleans<br>200 Henry Clay Ave.<br>New Orleans, LA 70118<br>504-899-9511 | Medical care provided to K.R. and associated medical records; K.R.'s illnesses and alleged injuries; K.R.'s nutrition and formula consumption |
| Allison H. Conravey, MD | Children's Hospital Metairie Center<br>3040 33rd St<br>Metairie, LA 70001<br>504-832-4033 | Medical care provided to K.R. and associated medical records; K.R.'s medical history; K.R.'s illnesses, alleged injuries, and medical condition |
| Vivian Vu, MD | 2701 N Causeway Blvd<br>Metairie, LA 70002<br>504-301-0100 | Plaintiffs' alleged physical and psychological injuries |

7

| Name | Address and Telephone Number | Potential Topics |
|---|---|---|
| Kathleen Sullivan, MD | Ochsner Medical Center 2820 Napoleon Ave New Orleans, LA 504-885-8563 | Plaintiffs' alleged physical and psychological injuries |

### E. *San Miguel v. Abbott Laboratories*, No. 1:23-cv-02515

| Name | Address and Telephone Number | Potential Topics |
|---|---|---|
| Mary Suzanne Whitworth, MD | Cook Children's Infectious Disease - Dodson Specialty Clinics 1500 Cooper St. Fort Worth, TX 76104 682-885-1485 | Medical care provided to K.S.M. and associated medical records; K.S.M.'s illness and alleged injuries; communications with federal, state, and/or local agencies regarding K.S.M.'s illness and alleged injuries; communications with Plaintiffs or other witnesses |
| Representative of Texas Department of State Health Services | 1100 West 49th Street Austin, TX 78756-3199 512-776-7111 | Investigation into K.S.M.'s illness and alleged injuries; investigation into K.S.M.'s formula |

8