**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: RECALLED ABBOTT INFANT FORMULA PRODUCT LIABILITY LITIGATION | MDL 3037 |
| | Case No: 22 C 4148 |
| This Document relates to: | CASE MANAGEMENT ORDER NO. 30 (Common Benefit Payment Order) |
| ALL ACTIONS | Judge Matthew F. Kennelly |

Having appointed Special Master Randi Ellis on October 16, 2023, by Case Management Order #14 [ECF #190], and entered Case Management 26 which established a procedure to seek reimbursement of time and expenses submitted pursuant to the common benefit time and expense protocol, [ECF #322], and for good cause appearing, this Court now ORDERS:

1. There were no objections received to the Report & Recommendation of Special Master Ellis, dated November 26, 2025 [ECF #396]. Special Master Ellis further indicated that each law firm's accepted their respective award without objection. To this end, and consistent with Special Master Ellis' Report & Recommendation, this Court directs that the Escrow Agent retained by the PSC, Randall Sansom, CPA, coordinate and issue payment of the common benefit fee and expense funds to those firms identified as follows:

| Firm | Assessment | Expenses | Fees |
|---|---|---|---|
| Aylstock, Witkin, Kreis, & Overholtz | $75,000.00 | $70,728.98* | $475,000.00 |
| Bradley Grombacher | $50,000.00 | $0.00 | $0.00 |
| Dilley Law Firm | $0.00 | $273.74 | $52,000.00 |
| Dugan Law Firm | $50,000.00 | $0.00 | $0.00 |

1

| | | | |
|---|---|---|---|
| Johnson Becker | $75,000.00 | $31,765.33*[1] | $420,000.00 |
| Luff Law Firm | $50,000.00 | $0.00 | $0.00 |
| Milberg | $50,000.00 | $0.00 | $0.00 |
| Morgan & Morgan | $50,000.00 | $0.00 | $190,000.00 |
| Poulin Willey Anastopoulo | $50,000.00 | $2,126.56 | $0.00 |
| Preuss Foster | $0.00 | $0.00 | $20,000.00 |
| Romano Law Firm | $50,000.00 | $0.00 | $17,000.00 |
| Schlesinger Law Offices | $50,000.00 | $0.00 | $28,000.00 |
| Sommers Schwartz | $50,000.00 | $0.00 | $0.00 |
| Tinsman & Sciano | $50,000.00 | $4,613.65 | $25,000.00 |

2. Co-Lead Counsel shall deliver a copy of Special Master Ellis' Report & Recommendation together with this CMO to the Escrow Agent who shall issue Payments consistent with the amounts set forth above.

3. The Escrow Agent shall then take all steps necessary to wind down and close the Common Benefit Account.

4. Following distribution of the Claimant Funds from the QSF, any additional funds remaining in the QSF (interest accrued), may be distributed to pay any additional administrative fees, Special Master fees, or settlement expenses once the claimant payments are exhausted.

**IT IS SO ORDERED.**

Dated: February 6, 2026

_____
Hon. Matthew F Kennelly
United States District Judge

---

* As of the date of this Order, after payment of the fees and expenses as set forth in Special Master Ellis' Report and Recommendation, there would remain a balance of $2,432.90 in the Common Benefit Account. Special Master Ellis recommended the expense reimbursement for Aylstock, Witkin, Kreis, and Overholtz and Johnson Becker be adjusted by $1,216.45 to reimburse additional settlement expenses incurred since the Report and Recommendation was prepared in order for the account to be closed out.