**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE: RECALLED ABBOTT INFANT )
FORMULA PRODUCT LIABILITY    )    **Case No: 22 C 4148**
LITIGATION                    )
                              )    **MDL No. 3037**
This Document Relates to :    )
                              )    **Hon. Judge Matthew F. Kennelly**
1:25-cv-09017 Doe [#218]- Pond
1:25-cv-08927 Doe [#205]- Lyons

**MORGAN & MORGAN'S THIRD PRIVATE LIEN RESOLUTION UPDATE**

Pursuant to the Court's Order dated February 7, 2026, [ECF No. 456] (the "Order"), Counsel respectfully submits this third private medical lien follow up to the status report filed by Morgan & Morgan on February 6, 2026 [ECF No. 455], and on January 6, 2026, [ECF No. 429] for the above captioned cases.  This updated status report documents further progress on lien resolution for the matters cited above with the majority of matters now finalized.

As of March 6, 2026, two cases with private liens remain pending out of the sixty-seven cases total requiring court approval under statutory guidelines.  Below is an update on additional work completed in these cases since the most recent status report was filed on February 6, 2026.

1.  **1:25-cv-09017 [Doe #218]**

This matter is subject to a self-funded ERISA private health care lien under HHC (Anthem BCBS) in the original amount of $107,597.85 and is subject to GAL review under the laws of Florida.  The Plan continues to stand behind their priority rights as a self-funded ERISA Plan and maintains a hard stance that they are not subject to any state equity rules.

1

In spite of this hard stance, negotiations have progressed since the last update to the Court in February, with a further reduction from $37,369.40 down to $31,489.50.  However, even with this additional lien reduction, the minor will realize approximately 35% of the gross settlement allocation after fees, liens, and expenses.

The GAL, Ms. Adriane Theis has been informed of the lien resolution process in this case.  Both Counsel, LitPRO, and the GAL have agreed to a lien holdback after this most recent reduction in an effort to move this matter on to settlement approval through the sealed administrative docket.  Counsel will continue to pursue lien reduction in this matter.

The lien holdback amount was finalized on Monday, March 2nd, and the GAL is now finalizing her report.  The Motion for Approval with corresponding exhibits will be filed in the sealed administrative docket by next Tuesday, March 10th.

**2.  1:25-cv-08927 [Doe #205]**

Counsel previously reported to the Court that the guardian opted out of the lien resolution process and pursued negotiations with the Plan independently.  The guardian reported on January 12, 2026, that she was in lien resolution efforts with UHM, a third-party administrator for United Health Care and that a subrogation specialist for UHM stated over the phone that a release letter will be sent within one week.  However, Katch (formerly Optum), has taken over subrogation for the Plan and retracted their previous statement that they will not pursue a medical lien.

Since the last update to the Court in February, Counsel established contact with the new subrogation services specialist.  The subrogation specialist presented a new proposed lien amount which is approximately 70% of the entire allocation awarded by the Special Master in this matter.  Additionally, subrogation communications made it clear that this is a self-funded ERISA Plan.

2

Counsel has formerly requested Plan information and engaged additional specialist Counsel to assist with the negotiation of a lien holdback in an effort to move this matter on to settlement approval. Counsel will continue to pursue lien reduction in this matter.

**Conclusion**

Counsel respectfully requests a 5-day extension in matter 1:25-cv-09017 [Doe #218] to complete filing on the sealed administrative docket and a 30-day extension for 1:25-cv-08927 [Doe #205] to secure a lien holdback agreement and complete settlement finalization.

DATED March 6, 2026.

Respectfully submitted,

**MORGAN & MORGAN**

By: /s/ Jonathan Sedgh
**Jonathan Sedgh**
NY Bar #4557260
IL ARDC #6341177
199 Water Street, Suite 1500
New York, NY 10038
(212) 738-6839
jsedgh@forthepeople.com

*Attorney for Plaintiffs*

3