# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| In Re: Recalled Abbott Infant Formula Products Liability Litigation<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 22 C 4148
MDL No. 3037

Hon. Judge Matthew F. Kennelly

### STATUS REPORT IN RESPONSE TO THE COURT'S
### MARCH 21, 2026 MINUTE ENTRY REGARDING SETTLED CASES (DKT. 470)

Consistent with the Court's March 21, 2026 Minute Entry (Dkt. 470), Co-Lead Counsel for the Original PSC continued to coordinate with counsel for Abbott as well as counsel for Plaintiffs and unfiled Claimants to conclude the settlement administration process. In the last status report, filed March 20, 2026 (Dkt. No. 469), there were ten cases with outstanding settlement issues. We are pleased to report seven of the ten cases have since been closed. Two cases had a stipulation and/or motion to approve a settlement filed and need the Court to enter the appropriate orders, 1:23-cv-16440, *King v. Abbott* and 1:25-cv-08927, *Doe [#205]*, which will allow them to be closed as well. That leaves one case where counsel intends to file an amended motion to approve a settlement, 1:25-cv-09020, *Doe [#221]*. Specific details on each cases are provided below:

### A. OUTSTANDING CASES

#### i. Filed Cases Not Yet Closed

1:23-cv-16440, *King v. Abbott* (CR Legal Team): A motion to approve the minor settlement was approved and the administrative docket (1:25-cv-13550) closed on March 23, 2026. A stipulation to dismiss the underlying case was filed on March 26, 2026. The case is ripe for the Court to issue the order and close the case.

### ii. Administrative Docket Cases

1:25-cv-08927, *Doe [#205]* (Morgan and Morgan): A motion to approve the settlement was filed on March 26, 2026. As soon as the Court grants the motion, the administrative docket will be closed.

1:25-cv-09020, *Doe [#221]* (Morgan and Morgan): This administrative docket previously had a motion to approve the settlement filed and approved with the administrative docket closed. While the administrative docket is closed, Counsel is filing an Amended Motion to correct an administrative error. Counsel has been in touch with parents this week and is awaiting a corrected document from the parents to file the motion and will file as soon as possible.

### B. CASES CLOSED SINCE LAST STATUS REPORT

#### i. Filed Cases Closed Since Last Status Report

1:22-cv-04419, *Mendoza v. Abbott* (Dilley Law Firm): A motion to approve the minor settlement was approved and the administrative docket (1:25-cv-11707) closed on March 23, 2026. A stipulation to dismiss the underlying case was filed on March 26, 2026 and it was closed on March 27, 2026. Both the original docket and administrative docket are now closed.

1:22-cv-04421, *Ornelas et al v. Abbott* (Dilley Law Firm): A motion to approve the minor settlement was approved and the administrative docket (1:25-cv-11708) closed on March 23, 2026. A stipulation to dismiss the underlying case was filed on March 26, 2026 and it was closed on March 27, 2026. Both the original docket and administrative docket are now closed.

1:22-cv-05590, *Vincken et al v. Abbott* (Romano Law Group): A stipulation to dismiss the case was filed on March 20, 2026 (Dkt. No. 8) and the case was closed on March 23, 2026.

#### ii. Cases with Administrative Dockets Closed Since Last Report

1:25-cv-08773, *Doe [#188]* (Morgan and Morgan): Counsel filed an Amended Motion to correct an administrative error on March 19, 2026 (Dkt. No. 7). The motion was approved and the administrative docket was closed on March 23, 2026.

1:25-cv-08904, *Doe [#195]* (Morgan and Morgan): The court granted the motion to approve the settlement and the administrative docket was closed on March 23, 2026.

1:25-cv-09018, *Doe [#219]* (Morgan and Morgan): Counsel filed an Amended Motion to correct an administrative error on March 20, 2026 (Dkt. No. 8). The motion was approved and the administrative docket was closed.

2

1:25-cv-09616, *Doe [#237]* (Dugan Law Firm): The court granted the motion to approve the settlement and the administrative docket was closed on March 23, 2026.

Dated: March 30, 2026

*/s/ Stacy K. Hauer*
Stacy K. Hauer
JOHNSON BECKER, PLLC
Stacy K. Hauer, Esq.
444 Cedar Street, #1800
St. Paul, MN 55101
Tel: 612-436-1806
Fax: 612-436-1801
shauer@johnsonbecker.com

*/s/ E. Samuel Geisler*
E. Samuel Geisler
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
E. Samuel Geisler
17 E. Main St., Suite 200
Pensacola, FL 32561
Tel: 850-202-1010
Fax: 850-916-7449
sgeisler@awkolaw.com

Co-Lead Counsel for the Original PSC

Co-Lead Counsel for the Original PSC

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system and/or by e-mail.

/s/ Stacy K. Hauer

Stacy K. Hauer