**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: RECALLED ABBOTT INFANT FORMULA PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br>**All Cases** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22 CV 4148<br>MDL No. 3037<br><br>Hon. Judge Matthew F. Kennelly |

**JOINT STATUS REPORT REGARDING RULE 35 EXAMINATIONS**

During the Case Management Conference held on July 2, 2026, the Court addressed the sequencing of defense medical examinations ("DMEs") and requested a proposed scheduling order for DMEs to be provided by July 13, 2026 (*see* Dkt. 525).

The parties propose the schedule below for DME-related deadlines, which is reflected in a proposed case management order being provided to the Court contemporaneously. The parties have agreed and propose that all DME-related deadlines be keyed off the deadline for service of Plaintiffs' expert reports, which is currently August 25, 2026 (*see* Dkt. 446) ("Plaintiffs' Expert Report Deadline"). To the extent the Court later adjusts Plaintiffs' Expert Report Deadline, the parties agree that the DME-related deadlines should be adjusted accordingly.

- **August 25, 2026 (Plaintiffs' Expert Report Deadline)** – Plaintiffs shall serve any expert reports based upon Rule 35 physical or mental examinations that have been conducted on Plaintiffs and/or the minor children, and the facts or data considered by the examining experts in forming their opinions, including, but not limited to, any photographs, recordings, test results, score sheets, raw data, and any clinical or observational notes taken contemporaneously during the examinations. The parties will meet and confer regarding the transfer of any protected neuropsychology test results.

- **7 days after Plaintiff's Expert Report Deadline** – Abbott shall disclose the names and credentials of the individual medical experts it intends to have examine the minor plaintiffs, the types of tests each medical expert intends to administer, and a proposed protocol for each DME.

1

- **10 days after Plaintiff's Expert Report Deadline** – The parties shall meet and confer to resolve any disputes regarding DME protocols, coordinate on the date, time, and location for each examination, and, if necessary, address the transfer of any protected neuropsychology test results.

- **13 days after Plaintiff's Expert Report Deadline** – The parties shall submit an updated joint status report addressing any unresolved disputes regarding DME protocols, if any, and the status of scheduling efforts.

- **42 days after Plaintiff's Expert Report Deadline** – All DMEs shall be completed, to the extent scheduling permits.

- **49 days after Plaintiff's Expert Report Deadline** – Abbott shall serve any expert reports based upon Rule 35 physical or mental examinations that have been conducted on Plaintiffs and/or the minor children, and the facts or data considered by the examining experts in forming their opinions, including, but not limited to, any photographs, recordings, test results, score sheets, raw data, and any clinical or observational notes taken contemporaneously during the examinations. The parties will meet and confer regarding the transfer of any protected neuropsychology test results.

- **80 days after Plaintiff's Expert Report Deadline** – Plaintiffs shall serve any rebuttal expert reports responding to Defendant's DME reports.

Respectfully submitted,

July 13, 2026

/s/ Michael A. Glick

James F. Hurst, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312-862-2000
Fax: 312-862-2200
james.hurst@kirkland.com

Michael A. Glick, P.C. (*pro hac vice*)
Katherine R. Katz (*pro hac vice*)
Erin E. Cady (*pro hac vice*)
Alyssa M. McClure (*pro hac vice*)
Holly Rioux-Lefebvre (*pro hac vice*)
Saunders McElroy (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave, NW
Washington, DC 20004
Tel: 202-389-5000
Fax: 202-389-5200
michael.glick@kirkland.com
katherine.katz@kirkland.com

/s/ Thomas J. Preuss

Thomas J. Preuss (*pro hac vice*)
PREUSS | FOSTER
11141 Overbrook Road, Ste. 104
Leawood, KS 66211
Tel: 816-307-2788
Fax: 816-336-9705
tjpreuss@pflaw.com

Claudia I. Guerrero *(pro hac vice)*
DILLEY LAW FIRM, P.C.
315 E. Commerce St., Ste. 203
San Antonio, Texas 78205
Tel: (210) 225-0111
Fax: (210) 228-0493
claudia@dilleylawfirm.com

Daniel J. T. Sciano (pro hac vice)
10107 McAllister Freeway
San Antonio, TX 78216
Tel: (210) 225-3121
Fax: (210) 225-6235

2

erin.cady@kirkland.com
alyssa.mcclure@kirkland.com
holly.rioux@kirkland.com
saunders.mcelroy@kirkland.com

Brad Masters (*pro hac vice*)
KIRKLAND & ELLIS LLP
60 East South Temple
Salt Lake City, UT 84111
Tel: 801-877-8143
Fax: 801-877-8101
brad.masters@kirkland.com

Meghan Kelly, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel: 215-268-5000
meghan.kelly@kirkland.com

*Counsel for Abbott Laboratories*


*/s/ Jamie L. Lanphear*
J. David Bickham (*pro hac vice*)
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel: (415) 543-8700
dbickham@reedsmith.com

Lisa M. Baird (*pro hac vice*)
Reed Smith LLP
200 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
Tel: (786) 747-0200
lbaird@reedsmith.com

Jamie L. Lanphear (*pro hac vice*)
Reed Smith LLP
1301 K St. NW, #1100
Washington, D.C. 20005
Tel: (202) 414-9217
jlanphear@reedsmith.com

*Counsel for Amazon.com, Inc.*

dsciano@tsslawyers.com

Marc Matthews (*pro hac vice*)
McIntyre Thanasides Bringgold Elliott
Grimaldi & Guito, P.A.
1228 E. 7th Avenue, Suite 200
Tampa, FL 33605
Tel: (813) 530-1000
marc@mcintyrefirm.com

*PSC II*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2026, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system and/or by e-mail.

*/s/ Michael A. Glick*
Michael A. Glick