**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: RECALLED ABBOTT INFANT FORMULA PRODUCT LIABILITY LITIGATION** | **MDL 3037** |
| | **Case No: 22 C 4148** |
| **This Document Relates to All Cases** | **Hon. Judge Matthew F. Kennelly** |

**CASE MANAGEMENT ORDER # 33
(AMENDING CMO #29 AND CMO #31 CASE SCHEDULE)**

The purpose of this Case Management Order ("CMO") is to amend certain case deadlines set forth in CMO #29 (Dkt. 446) and CMO #31 (Dkt. 474), which themselves amended certain deadlines originally set forth in CMO #23 (Dkt. 302). The other provisions of CMO #23, CMO #29, and CMO #31 shall remain in effect, but the case schedule is hereby further amended so that the following deadlines apply:

| Task | Current Deadline | New Deadline |
|---|---|---|
| **Fact Discovery** | | |
| Deadline for completing third-party case-specific damages depositions | August 17, 2026 | August 24, 2026 |
| | | |
| Plaintiffs to serve expert reports | On or before August 25, 2026 | On or before September 15, 2026 |
| Defendants to serve expert reports | On or before October 13, 2026 | On or before November 3, 2026 |
| Plaintiffs permitted to serve rebuttal expert reports | On or before November 3, 2026 | On or before November 24, 2026 |

1

| Task | Current Deadline | New Deadline |
|---|---|---|
| Close of Expert Discovery | January 8, 2027 | January 29, 2027 |
| **Dispositive Motions & _Daubert_ Briefing** | | |
| Last Day to File Motions for Summary Judgment and _Daubert_ Motions | February 26, 2027 | March 19, 2027 |
| Oppositions to Motions for Summary Judgment and _Daubert_ Motions | April 2, 2027 | April 23, 2027 |
| Replies to Motions for Summary Judgment and _Daubert_ Motions | April 23, 2027 | May 14, 2027 |
| Hearing on Summary Judgment and _Daubert_ Motions | Parties to confer and consult with the Court following the filing of motions | Parties to confer and consult with the Court following the filing of motions |

SO ORDERED the 15th day of July, 2026.

_____
Hon. Matthew F. Kennelly
Judge of the United States District Court

2