**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Recalled Abbott Infant Formula Products Liability
Litigation, et al.

                                              Plaintiff,

v.                                                    Case No.:
                                                      1:22−cv−04148
                                                      Honorable Matthew
                                                      F. Kennelly

Abbott Laboratories Inc., et al.

                                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 4, 2026:

        MINUTE entry before the Honorable Matthew F. Kennelly: Motion to enforce
scheduling orders [531] is set for a video hearing on 8/12/2026 at 10:00 AM. The
Courtroom Deputy Clerk will send out a video invitation in advance of the hearing.
Plaintiffs are directed to file a consolidated response to the motion by 8/10/2026. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.