**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: RECALLED ABBOTT INFANT FORMULA PRODUCT LIABILITY LITIGATION** | **MDL 3037**<br><br>**Case No: 22 C 4148** |
| **This Document Relates to All Cases** | **Judge Matthew F. Kennelly** |

**CASE MANAGEMENT ORDER #34**
**(AMENDING CASE SCHEDULE)**

The purpose of this Case Management Order ("CMO") is to amend certain case deadlines set forth in Dkt. 545, which itself amended certain deadlines originally set forth in earlier orders (including CMO #23 (Dkt. 302), #29 (Dkt. 446), and #31 (Dkt. 474)). The other provisions of the Court's prior orders shall remain in effect, but the case schedule is hereby further amended so that the following deadlines apply:

| Task | Prior Deadline (Dkt. 545) | New Deadline |
|---|---|---|
| **Expert Discovery** | | |
| Defendants to serve expert disclosures | *Damages Experts*: November 3, 2026<br><br>*Liability Experts*: November 17, 2026 | *Damages Experts*: December 3, 2026<br><br>*Liability Experts*: December 17, 2026 |
| Plaintiffs permitted to serve rebuttal expert disclosures | *Damages Experts*: November 24, 2026<br><br>*Liability Experts*: December 8, 2026 | *Damages Experts*: January 5, 2026<br><br>*Liability Experts*: January 19, 2027 |
| Close of Expert Discovery | February 12, 2027 | April 19, 2027 |

| Task | Prior Deadline (Dkt. 545) | New Deadline |
|---|---|---|
| **Dispositive Motions & *Daubert* Briefing** | | |
| Last Day to File Motions for Summary Judgment and *Daubert* Motions | March 25, 2027 | May 24, 2027 |
| Oppositions to Motions for Summary Judgment and *Daubert* Motions | April 23, 2027 | June 21, 2027 |
| Replies to Motions for Summary Judgment and *Daubert* Motions | May 14, 2027 | July 12, 2027 |
| Hearing on Summary Judgment and *Daubert* Motions | Parties to confer and consult with the Court following the filing of motions | Court to determine following review of motions |
| **Trial Dates**[1] | | |
| *Pelizzaro v. Abbott* | September 13, 2027 | TBD, but not before November 8, 2027 |
| *San Miguel v. Abbott* | November 8, 2027 | TBD, but not before November 8, 2027 |
| *Hernandez v. Abbott* | n/a | TBD |

[1] The September 13, 2027 trial date previously set for *Pelizzaro* is vacated. Consistent with the Court's comments on the record at the October 28, 2026 status conference, the parties shall confer regarding which case (*Pelizzaro* or *San Miguel*) will be tried beginning on November 8, 2027 and regarding trial dates for the remaining two cases among *Pelizzaro*, *San Miguel*, and *Hernandez* (the latter assuming a *Lexecon* waiver by defendants). *See* Dkt. 554. The parties shall provide a joint status report on those points by November 12, 2026. *See id.*

| Task | Prior Deadline (Dkt. 545) | New Deadline |
|---|---|---|
| **Mediation / ADR** | | |
| Deadline to Complete Mediation / ADR | n/a | September 15, 2027 |

SO ORDERED the 5th day of November, 2026.

Hon. Matthew F. Kennelly
Judge of the United States District Court